UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 30 P 1: 13

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JEWEL E. BROWN,<br>   Plaintiff, | CASE NO. 3:02CV223(CFD) |
| v. | |
| STATE OF CONNECTICUT, COMMISSION ON<br>HUMAN RIGHTS AND OPPORTUNITIES,<br>NICHOLAS CIOFFI, Chairperson; RICHARD<br>ROBINSON, Commissioner and Chairperson;<br>CYNTHIA WATTS ELDER, Executive Director;<br>and LEANNE APPLETON, Business Manager<br>   Defendants. | October 29, 2003 |

**DEFENDANTS' MOTION FOR STATUS CONFERENCE**

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton requesting a status conference be held in the above-captioned matter. The defendants, through counsel, make the request for a status conference as set forth below:

1. The Court (Endorsement 19-1, June 26, 2003) granted plaintiff's request to file an amended complaint.

2. The plaintiff's Second Amended Complaint (Doc. # 24) was docketed by the Court on August 1, 2003.

3. The Second Amended and Supplemented Complaint contains thirteen (13) counts against defendants not named in the original complaint.

4. The plaintiff makes reference in the Second Amended and Supplemented Complaint to an Amended Complaint, dated November 15, 2002. The Court docket sheet shows no such filing.

5.  The defendants have filed a Motion for More Definite Statement (Doc. # 27) inasmuch as plaintiff's Second Amended Complaint does not include language from the original complaint (Doc. # 1). Piecemeal pleading is disfavored because of the legal significance accorded to amended pleadings. It is established law that an amended complaint supercedes that which it modifies. The defendants' motion for more definite statement <u>remains pending.</u>

6.  The plaintiff filed a Motion to Consolidate (Doc. # 23) the above-captioned case with Docket No. 3:02CV1516. The latter matter was transferred to the Honorable Judge Christopher F. Droney on August 29, 2003. Plaintiff's pleading (Doc. # 23) also requested relief from Security Bond.

7.  The Court ordered the plaintiff to post the security for bond on June 25, 2003 (Endorsement 16-1) but the plaintiff has refused to do so to date.

8.  Plaintiff's motions regarding consolidation and relief from posting the security bond <u>remain pending</u>.

9.  Pursuant to Local Rule 7(b), the undersigned has contacted the plaintiff, who is appearing pro se, and the plaintiff has no objection to this motion.

WHEREFORE, the defendants respectfully request that the Court order a status conference in order to resolve the outstanding issues.

2

```
                                DEFENDANTS,
                                COMMISSION ON HUMAN
                                RIGHTS AND OPPORTUNITIES, ET AL,

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL

                        By:     _____
                                Joseph A. Jordano (CT 21487)
                                Assistant Attorney General
                                55 Elm Street, P.O. Box 120
                                Hartford, CT 06141-1020
                                Tel: (860) 808-5340
                                Fax: (860) 808-5383
                                E-mail address:
                                Joseph.Jordano@po.state.ct.us
```

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of October, 2003 a copy of the aforementioned Defendants' Motion for Status Conference was sent by First Class United States mail, postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT 06074

_____
Joseph A. Jordano
Assistant Attorney General

3