UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,<br>    Plaintiff, | :  CASE NO. 3:02CV223(CFD)<br>: |
| v. | : |
| STATE OF CONNECTICUT, COMMISSION ON<br>HUMAN RIGHTS AND OPPORTUNITIES,<br>NICHOLAS CIOFFI, Chairperson; RICHARD<br>ROBINSON, Commissioner and Chairperson;<br>CYNTHIA WATTS ELDER, Executive Director;<br>and LEANNE APPLETON, Business Manager<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  November 17, 2003 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton requesting an order to modify the existing Scheduling Order to extend the time for discovery thirty (30) days and filing of dispositive motions sixty (60) days to January 30, 2004 and March 30, 2004, respectfully. The defendants, through counsel, represent the following:

1. The current Scheduling Order has set the discovery deadline for December 30, 2003 and deadline for dispositive motions for January 30, 2004. (Endorsement 28-1, dated October 6, 2003).

2. Currently pending is defendants' Motion for More Definite Statement (Doc. # 27) inasmuch as plaintiff's Second Amended Complaint does not include language from the original complaint (Doc. # 1) and makes reference to a non-docketed Amended Complaint, dated November 15, 2002.

3.      Also pending is plaintiff's Motion to Consolidate (Doc. # 23) the above-captioned matter with Docket No. 3:02CV1516. The latter was transferred to the Honorable Christopher F. Droney on August 29, 2003. Plaintiff's pleading (Doc. # 23) also requests relief from Security Bond, which was ordered by the Court on June 23, 2003 (Endorsement 16-1).

4.      The defendants filed a Motion for Status Conference (Doc. # 29, October 30, 2003) to resolve the outstanding issues. That motion remains pending.

5.      Defendants' counsel respectfully represents that the parties require additional time to address all the issues in the above case. The case is complex and involves many documents and witnesses.

6.      The plaintiff has failed to file his response to Defendants' First Set of Interrogatories and Requests for Production, dated April 24, 2003. The parties are attempting to resolve this matter without court intervention at this time.

7.      The defendant has taken the deposition of the plaintiff, Jewel Brown, on December 5, 2002 and July 22, 2003. The deposition remains open to address the additional 13 counts in plaintiff's Second Amended Complaint.

8.      This is the defendants' fourth request to modify the Scheduling Order.

9.      Pursuant to Local Rule 7(b), Defendants' counsel contacted the plaintiff, who is appearing pro se, and indicated that if we did not hear from him to the contrary, the defendants' counsel would file to move with no objection. Having not heard from the plaintiff to the contrary, the plaintiff apparently has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request a modification of the Scheduling Order, extending the discovery deadline to January 30, 2004 and for filing dispositive motions to March 30, 2004.

        DEFENDANTS,

        COMMISSION ON HUMAN
        RIGHTS AND OPPORTUNITIES, ET AL,

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By: _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-1020
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        E-mail address:
        Joseph.Jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of November, 2003 a copy of the aforementioned Motion for Modification of Scheduling Order was sent by First Class United States mail, postage prepaid to:

    Jewel E. Brown, Pro Se
    21 Brewster Road
    South Windsor, CT 06074

        _____
        Joseph A. Jordano
        Assistant Attorney General