UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

DECEMBER 11, 2003

4:00 P.M.

*held*

*4:00-4:15*
*.15 mins.*

CASE NO. **3-02-cv-223 (CFD**     **BROWN v State of CT, et al**

Jewel E. Brown
21 Brewster
South Windsor, CT 06074

Joseph A. Jordano
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

David Michael Teed
Attorney General's Office
Special Litigation
55 Elm St., Po Box 120
Hartford, CT 06141-0120

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK