IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

Jewel E. Brown,                                                    )
Plaintiff,                                                         )
                                                                   )
VS          Docket # 3:02CV223(CFD)                                )
                                                                   )
                                                                   )
The state of Connecticut and its Commission On Human               )
Rights and Opportunities, et al;                                   )
Defendants.                                                        ) February 11, 2004

## PLAINTIFF'S PROPOSAL TO MODIFY SCHEDULING ORDER AND TO RESOLVE PENDING MOTIONS

COMES NOW, the Plaintiff pursuant to the Court's directive of January 28, 2004 and make the following proposal to modify the current Scheduling Order and to resolve all pending motions.

MOTIONS TO AMEND THE COMPLAINT

(1) Plaintiff shall file a Consolidated and Amended Complaint on or before April 30, 2004, which shall include plaintiff's First and Second Amended complaints. In the alternative, Plaintiff may file a Consolidate and Substituted Complaint which will include Plaintiff's Original Complaint and Plaintiff's First and Second Amended Complaints.

(2) The defendants will file a responsive pleading to Plaintiff's amended pleading on or before May 30, 2004.

(3) Defendants shall withdraw their Motion For a More Definite Statement filed in response to Plaintiff's Second Amended Complaint.

## MOTION TO CONSOLIDATE

Plaintiff's Motion to Consolidate this case with the case of Brown v. CCSU, et al., docket # 3:02CV1516(CFD) will be stayed or held in abeyance until defendants have filed their responsive pleading to plaintiff's consolidated amended complaint or to plaintiff's consolidated and substituted complaint.

## DISCOVERY

The parties shall complete discovery by August 30, 2004.

## DISPOSITIVE MOTIONS

All dispositive motions shall be filed on or before October 30, 2004.

## SECURITY BOND

Plaintiff shall post a Security Bond in the amount of five hundred ($500.00) on or before the 30th day of April 2004.

PLAINTIFF
By:

Jewel E. Brown, Pro se
21 Brewster Road
South Windsor, CT o6074
Phone (860) 543-9806 or (860) 644-5379
Fax (860) 644-6551
Employmentpa@aol.com

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing going pleading to be served upon Defendants' Attorneys this 11th day of February 2004 by depositing a copy of the same in U. S. mail, postage prepaid and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted

By:

Jewel Brown, pro se

2