UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,                         ) | CASE NO.  3:02CV0223(CFD) |
|    Plaintiff,                              ) | |
|                                                          ) | |
| v.                                                       ) | |
|                                                          ) | |
| STATE OF CONNECTICUT, COMMISSION ON ) | |
| HUMAN RIGHTS AND OPPORTUNITIES,    ) | |
| NICHOLAS CIOFFI, Chairperson; RICHARD ) | |
| ROBINSON, Commissioner and Chairperson; ) | |
| CYNTHIA WATTS ELDER, Executive Director; ) | |
| VIVEN BLACKFORD, Commissioner and  ) | |
| LEANNE APPLETON, Business Manager  ) | |
|                                                          ) | |
|    Defendants.                            ) | FEBRUARY 13, 2004 |

**DEFENDANT'S PROPOSAL TO MODIFY SCHEDULING ORDER
AND TO RESOLVE PENDING MOTIONS**

COME NOW the defendants and represent to the court that counsel for the defendants and the plaintiff, Jewel Brown, have corresponded repeatedly by mail. Although it appears that some matters between the parties can be resolved, several issues remain including the issue of the plaintiff filing an amended complaint that will serve as the operative pleading in the CHRO case, which has not been resolved.  Therefore, pursuant to the court's directive of January 28, 2004, the defendants propose the following resolution of  the pending motions pertinent to this case:

1.  SCHEDULING ORDER

The parties hereby stipulate and propose to the court that an order be entered setting forth the following deadlines:

A.  By **April 13, 2004**, the plaintiff will file a Second Amended Complaint setting forth pertinent facts under F.R.C.P. 8 stating all of his claims against the defendants in one pleading that will serve as the operative complaint in this case. Said Second Amended Complaint shall supersede all prior pleadings and will not reference allegations piecemeal from other pleadings. If granted, the defendant's motion to make the plaintiff's Amended Complaint more definite and certain can be denied as moot.

B.  The defendants shall have until **May 13, 2004** to file a responsive pleading. The defendants reserve all defenses and/or affirmative defenses that may be raised pursuant the F.R.C.P. 12 or otherwise.

C.  All discovery in the above matter shall be completed by **August 30, 2004** (as proposed by the plaintiff).

D.  Dispositive motions shall filed by **October 30, 2004** (as proposed by the plaintiff).

2.  MOTION TO CONSOLIDATE

The plaintiff's motion to consolidate this case with the case Brown v. CCSU, No. 3:02CV1516 should be stayed until after the defendants' have filed a responsive pleading to the plaintiff's Second Amended Complaint in the CHRO case.

3. <u>SECURITY BOND</u>

The plaintiff shall file the previously ordered security bond of $500.00 by **April 30, 2004**.

          DEFENDANTS,

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY:     _____
       Joseph A. Jordano (ct21487)
       Assistant Attorney General
       55 Elm Street, P. O. Box 120
       Hartford, CT 06141-0120
       Tel: 860-808-5340
       Fax: 860-808-5383
       E-mail: Joseph.Jordano@po.state.ct.us


## **CERTIFICATION**

The undersigned does hereby certify that on this 13th day of February 2004, a true and accurate copy of the foregoing was sent by first class United States mail, postage prepaid, to:

    Jewel E. Brown
    21 Brewster Road
    South Windsor, CT 06074


          _____
          Joseph A. Jordano
          Assistant Attorney General