UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEWEL E. BROWN,                                  : CASE NO.  3:02CV223(CFD)
    *Plaintiff,*                                      :
                                                     :
    v.                                              :
                                                     :
STATE OF CONNECTICUT, COMMISSION ON :
HUMAN RIGHTS AND OPPORTUNITIES,    :
NICHOLAS CIOFFI, Chairperson; RICHARD :
ROBINSON, Commissioner and Chairperson; :
CYNTHIA WATTS ELDER, Executive Director; :
and LEANNE APPLETON, Business Manager  :
    *Defendants.*                                   : July 24, 2003

## DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT

COMES NOW, defendants State of Connecticut, Commission on Human Rights

and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne

Appleton, pursuant to Fed. R. Civ.  P. 12(e) requesting an order that the pro se plaintiff

file a concise amended complaint that includes all elements for which he seeks relief.

The defendants, in support of their motion, represent the following:

    1.    The plaintiff filed his original complaint with the Court on February 6,

2002 (Doc. # 1).

    2.    The plaintiff attempted to file an Amended Complaint of Discrimination,

dated November 15, 2002, with the Court on or about November 18, 2002.

    3.    The Court returned said pleading to the plaintiff on or about January 23,

2003 for failure to request leave of the court for filing same.

    4.    The  plaintiff filed a motion for leave to file a second amended and

supplemented complaint on or about April 4,  2003  (Doc. # 19).

DENIED as moot in light of the Defendants' Renewed Motion for a More Definite Statement.  See Doc. # 27.  So ordered.

Christopher F. Droney
United States District Judge
3/24/04