UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,<br>*Plaintiff*, | CASE NO. 3:02CV223(CFD) |
| v. | |
| STATE OF CONNECTICUT, COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, NICHOLAS CIOFFI, Chairperson; RICHARD ROBINSON, Commissioner and Chairperson; CYNTHIA WATTS ELDER, Executive Director; and LEANNE APPLETON, Business Manager<br>*Defendants*. | August 11, 2003 |

### DEFENDANTS' RENEWED MOTION FOR A MORE DEFINITE STATEMENT

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton, pursuant to Fed. R. Civ. P. 12(e) renewing their request that an order be issued so that the pro se plaintiff files a concise amended complaint that includes all elements for which he seeks relief. The defendants, in support of their motion, represent the following:

1. The plaintiff filed his original complaint with the Court on February 6, 2002 (Doc. # 1).

2. The plaintiff attempted to file an Amended Complaint of Discrimination, dated November 15, 2002, with the Court on or about November 18, 2002.

3. The Court returned said pleading to the plaintiff on or about January 23, 2003 for failure to request leave of the court for filing same.

GRANTED, absent objection. The plaintiff is ORDERED to file an amended complaint within thirty days of receiving this order. The amended complaint shall supercede and replace all previous complaints. So ordered.

Christopher F. Droney
United States District Judge
3/24/04