UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 30 A 10: 41

| | |
|---|---|
| JEWEL E. BROWN,<br>Plaintiff, | : |
| v. | : Civil Action No.<br>: 3:00 CV 1853 (CFD) |
| STATE OF CONNECTICUT,<br>COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES, et al.<br>Defendants. | : |

## ORDER

The Court hereby enters the following scheduling order in response to the parties' proposed scheduling orders. See Docs. # 34 and 35.

The defendants are ordered to file a response to the plaintiff's amended complaint[1] within 30 days of the receipt of such compliant. All discovery shall be completed by **August 30, 2004** and all dispositive motions shall be filed by **October 30, 2004**.

SO ORDERED this 30th day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

---

[1] This Court's order of March 25, 2004 directed the plaintiff to file an amended complaint within thirty days of the receipt of that order.