UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN | : | Case No. 3:02CV0223(CFD) |
| *Plaintiff* | : | |
| v. | : | Judge Christopher F. Droney |
| | : | |
| State of Connecticut, | : | Notice of Manual Filing |
| CHRO, et al. | : | |
| *Defendants* | : | June 3, 2004 |

Please take notice that the Defendants have manually filed the following document or thing

Exhibits A and B in Support of Defendant's Objection to Plaintiff's Motion to File a Substituted Complaint as Amended

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Joseph A. Jordano
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487