UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JEWEL E. BROWN,
    Plaintiff,

2004 AUG 17 P 5: 23

v.

Civil Action No.
3:02 CV 223 (CFD)

U.S. DISTRICT COURT
HARTFORD, CT.

STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES, et al.
    Defendants.

**ORDER**

The plaintiff is ordered to file an amended complaint, containing all the claims asserted against the defendants, by **September 15, 2004**.

SO ORDERED this 17th day of August 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE