UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

JEWEL E. BROWN,                          )   CASE NO. 3:02CV223(CFD)
    Plaintiff,                          )
                                        )
v.                                       )
                                        )
STATE OF CONNECTICUT, COMMISSION ON )
HUMAN RIGHTS AND OPPORTUNITIES,          )
NICHOLAS CIOFFI, Chairperson; RICHARD    )
ROBINSON, Commissioner and Chairperson;  )
CYNTHIA WATTS ELDER, Executive Director; )
and LEANNE APPLETON, Business Manager    )
    Defendants.                         )   October 29, 2003

2003 OCT 30  P 1: 13

US DISTRICT COURT
HARTFORD CT

## DEFENDANTS' MOTION FOR STATUS CONFERENCE

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton requesting a status conference be held in the above-captioned matter. The defendants, through counsel, make the request for a status conference as set forth below:

1.    The Court (Endorsement 19-1, June 26, 2003) granted plaintiff's request to file an amended complaint.

2.    The plaintiff's Second Amended Complaint (Doc. # 24) was docketed by the Court on August 1, 2003.

3.    The Second Amended and Supplemented Complaint contains thirteen (13) counts against defendants not named in the original complaint.

4.    The plaintiff makes reference in the Second Amended and Supplemented Complaint to an Amended Complaint, dated November 15, 2002. The Court docket sheet shows no such filing.

GRANTED, nunc pro tunc. So ordered.

Christopher F. Droney
United States District Judge
8/17/04