UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,<br>Plaintiff,<br><br>v.<br><br>STATE OF CONNECTICUT, COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, NICHOLAS CIOFFI, Chairperson; RICHARD ROBINSON, Commissioner and Chairperson; CYNTHIA WATTS ELDER, Executive Director; and LEANNE APPLETON, Business Manager<br>Defendants. | CASE NO. 3:02CV223(CFD)<br><br><br><br><br><br><br><br>November 17, 2003 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton requesting an order to modify the existing Scheduling Order to extend the time for discovery thirty (30) days and filing of dispositive motions sixty (60) days to January 30, 2004 and March 30, 2004, respectfully. The defendants, through counsel, represent the following:

1. The current Scheduling Order has set the discovery deadline for December 30, 2003 and deadline for dispositive motions for January 30, 2004. (Endorsement 28-1, dated October 6, 2003).

2. Currently pending is defendants' Motion for More Definite Statement (Doc. # 27) inasmuch as plaintiff's Second Amended Complaint does not include language from the original complaint (Doc. # 1) and makes reference to a non-docketed Amended Complaint, dated November 15, 2002.

[Handwritten margin note: DENIED, as mod., in light of the Court's Order dated March 30, 2004. So ordered. Christopher F. Droney, United States District Judge 8/17/04]