IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown, <br> Plaintiff, | ) <br> ) |
| VS    Docket # 3:02CV223(CFD) | ) <br> ) <br> ) |
| The state of Connecticut and its Commission On Human Rights and Opportunities, et al; <br> Defendants. | ) <br> ) <br> ) February 11, 2004 |

### PLAINTIFF'S PROPOSAL TO MODIFY SCHEDULING ORDER AND TO RESOLVE PENDING MOTIONS

COMES NOW, the Plaintiff pursuant to the Court's directive of January 28, 2004 and make the following proposal to modify the current Scheduling Order and to resolve all pending motions.

### MOTIONS TO AMEND THE COMPLAINT

(1) Plaintiff shall file a Consolidated and Amended Complaint on or before April 30, 2004, which shall include plaintiff's First and Second Amended complaints. In the alternative, Plaintiff may file a Consolidate and Substituted Complaint which will include Plaintiff's Original Complaint and Plaintiff's First and Second Amended Complaints.

(2) The defendants will file a responsive pleading to Plaintiff's amended pleading on or before May 30, 2004.

(3) Defendants shall withdraw their Motion For a More Definite Statement filed in response to Plaintiff's Second Amended Complaint.

DENIED as moot, in light of subsequent filing. So ordered.

Christopher F. Droney
United States District Judge
8/17/04