UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,<br>  Plaintiff, | ) CASE NO. 3:02CV0223(CFD)<br>)<br>) |
| v. | ) |
| STATE OF CONNECTICUT, COMMISSION ON<br>HUMAN RIGHTS AND OPPORTUNITIES,<br>NICHOLAS CIOFFI, Chairperson; RICHARD<br>ROBINSON, Commissioner and Chairperson;<br>CYNTHIA WATTS ELDER, Executive Director;<br>VIVEN BLACKFORD, Commissioner and<br>LEANNE APPLETON, Business Manager | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) FEBRUARY 13, 2004 |

**DEFENDANT'S PROPOSAL TO MODIFY SCHEDULING ORDER**
**AND TO RESOLVE PENDING MOTIONS**

COME NOW the defendants and represent to the court that counsel for the defendants and the plaintiff, Jewel Brown, have corresponded repeatedly by mail. Although it appears that some matters between the parties can be resolved, several issues remain including the issue of the plaintiff filing an amended complaint that will serve as the operative pleading in the CHRO case, which has not been resolved. Therefore, pursuant to the court's directive of January 28, 2004, the defendants propose the following resolution of the pending motions pertinent to this case:

DENIED as moot in light of the Court's Order dated March 30, 2004. So ordered.

Christopher F. Droney
United States District Judge
8/17/04