UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO.  3:02CV223(CFD) |
|   *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES, | : | |
| NICHOLAS CIOFFI, Chairperson; RICHARD | : | |
| ROBINSON, Commissioner and Chairperson; | : | |
| CYNTHIA WATTS ELDER, Executive Director; | : | |
| and LEANNE APPLETON, Business Manager | : | |
|   *Defendants*. | : | August 31, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton, requesting an extension of time to and including October 15, 2004 in which to file their responses to plaintiff's interrogatories and requests for production.  In support of this motion, counsel represents as follows:

1.    The plaintiff was ordered by the Court to file an Amended Complaint by September 15, 2004 (Doc. # 42).

2.    Defendants' counsel will need to review the amended complaint in order to determine what is material to the case and plaintiff's claim.

3.    On August 16, 2004, the plaintiff propounded on the defendants a set of interrogatories and requests for production that included 166 interrogatories, excluding sub-parts, which far exceeds the number permitted by the Rule 26(f) Report.  The defendants reserve their right to object to the plaintiff's discovery requests.

4.  Pursuant to Local Rule 7(b), the undersigned contacted the pro se plaintiff by telephone on this date and he has NO OBJECTION to this motion.

WHEREFORE, the defendants request an extension of time to and including October 15, 2004 in which to respond to plaintiff's first set of interrogatories and requests for production.

>
> DEFENDANTS,
> COMMISSION ON HUMAN
> RIGHTS AND OPPORTUNITIES, ET AL,
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> By: _____
> Joseph A. Jordano
> Assistant Attorney General
> Federal Bar # ct21487
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-1020
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> E-mail address:
> Joseph.Jordano@po.state.ct.us

### **CERTIFICATION**

The undersigned hereby certifies that on this 31st day of August, 2004 a copy of the aforementioned Motion for Extension of Time to Respond to Plaintiff's Interrogatories and Requests for Production was sent by First Class United States mail, postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

>
> _____
> Joseph A. Jordano
> Assistant Attorney General