d

48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JEWEL E. BROWN,
    *Plaintiff,*

    v.

STATE OF CONNECTICUT, COMMISSION ON
HUMAN RIGHTS AND OPPORTUNITIES,
NICHOLAS CIOFFI, Chairperson; RICHARD
ROBINSON, Commissioner and Chairperson;
CYNTHIA WATTS ELDER, Executive Director;
and LEANNE APPLETON, Business Manager
    *Defendants.*

:
:
:
:
:
:
:
:
:
:
:
:

CASE NO. 3:02CV223(CFD)

2004 SEP

U.S. DISTRICT COURT
HARTFORD, CT.

August 31, 2004

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES
TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

    COMES NOW, defendants State of Connecticut, Commission on Human Rights

and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne

Appleton, requesting an extension of time to and including October 15, 2004 in which to

file their responses to plaintiff's interrogatories and requests for production. In support of

this motion, counsel represents as follows:

    1.    The plaintiff was ordered by the Court to file an Amended Complaint by

September 15, 2004 (Doc. # 42).

    2.    Defendants' counsel will need to review the amended complaint in order

to determine what is material to the case and plaintiff's claim.

    3.    On August 16, 2004, the plaintiff propounded on the defendants a set of

interrogatories and requests for production that included 166 interrogatories, excluding

sub-parts, which far exceeds the number permitted by the Rule 26(f) Report. The

defendants reserve their right to object to the plaintiff's discovery requests.

*[left margin, rotated:]* **GRANTED.** It is so ordered. Christopher F. Droney, U.S.D.J. Hartford, CT

02CV223 END48