# UNITED STATES DISTRICT COURT

For The

_____ District of _____

Jewel E. Brown,
     PLAINTIFF,

    Vs.

State of Connecticut, et al.
     DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

Docket Number  302cv223(CFD)

To: (Name and address of Defendant)

Mr. Mark Ryan, Secretary
Office of Policy and Management
450 Capital Avenue
Hartford, CT 06106

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S

Jewel Brown
21 Brewster Road
South Windsor, CT 06074

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this must be filed with the Clerk of this court within a reasonable period of time after service.

KEVIN F. ROWE
CLERK

*[signature]*
DEPUTY CLERK

APR 2 9 2004
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JEWEL E. BROWN**

        Plaintiff(s), Petitioner(s)

   against

**STATE OF CONNECTICUT, ET AL**

        Defendant(s), Respondent(s)

CLIENT: Jewel E. Brown
INDEX NO.: 302 CV 223 (CFD)
DATE OF FILING: 4/29/2004

FILED
2004 SEP 22 A 11: 55
U.S. DISTRICT COURT
HARTFORD, CT.

**RETURN OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Christine Foran, attest and say, that I am not a party to this action. I am over 18 years of age and reside in East Hartford, CT.

By and at the direction of the attorney, on **May 21, 2004** at **12:34 PM** at Office of Policy and Management, 450 Capital Avenue, Hartford, CT, I served the within **Summons In A Civil Action and Complaint; Plaintiff's Substituted Complaint, as Amended** upon **Mark Ryan, Secretary**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Summons In A Civil Action and Complaint; Plaintiff's Substituted Complaint, as Amended** by delivering thereat a true and attested copy of each to **Anne Grazzo, Deputy Secretary**, a person authorized to accept,

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Female** Skin: **White** Hair: **Blonde** Age(Approx): **51-60** Height(Approx): **5'4" - 5'8"** Weight(Approx): **161-200lbs**

ATTEST:
Christine Foran, Private Process Server

Service $45.00
Total Fees: $45.00

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920, (860) 528-2720 Fax
lglprocess@aol.com http://www.legalprocess.com