# UNITED STATES DISTRICT COURT

For The

_____ District of _____

Jewel E. Brown,
     PLAINTIFF,

Vs.

**SUMMONS IN A CIVIL CASE**

State of Connecticut, et al.
     DEFENDANTS.

Docket Number __302cv223(CFD)__

To: (Name and address of Defendant)

Ms. Barbara Waters, Commissioner
Department of Administrative Services
165 Capital Avenue
Hartford, CT, 06106

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S

Jewel Brown
21 Brewster Road
South Windsor, CT 06074

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this must be filed with the Clerk of this court within a reasonable period of time after service.

KEVIN F. ROWE
_____
CLERK

APR 2 9 2004
_____
DATE

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

**JEWEL E. BROWN**

Plaintiff(s), Petitioner(s)

*against*

**STATE OF CONNECTICUT , ET AL**

Defendant(s), Respondent(s)

---

CLIENT: Jewel E. Brown

INDEX NO.: 302 CV 223 (CFD)

DATE OF FILING: 4/29/2004

FILED

2004 SEP 22  A 11: 55

U.S. DISTRICT COURT
HARTFORD, CT.

**RETURN OF SERVICE**

---

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Christine Foran, attest and say, that I am not a party to this action. I am over 18 years of age and reside in East Hartford, CT.

By and at the direction of the attorney, on **May 21, 2004 at 1:08 PM at Department of Administrative Services, 165 Capital Ave, Hartford, CT ,** I served the within **Summons In A Civil Action and Complaint; Plaintiff's Substituted Complaint, as Amended** upon **Barbara Waters, Commissioner,** (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Summons In A Civil Action and Complaint; Plaintiff's Substituted Complaint, as Amended** by delivering thereat a true and attested copy *of each* to **Devin J. Marquez, Staff Counsel,** a person authorized to accept,

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Male** Skin: **White** Hair: **Red** Age(Approx): **28-36** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**

ATTEST:

Christine Foran, Private Process Server

Service $45.00
Total Fees: $45.00

**CONNECTICUT PROCESS SERVING, LLC**
**9 Beaumont Street**
**East Hartford, CT, 06108-1533**
**(860) 528-2920 , (860) 528-2720 Fax**
**lglprocess@aol.com http://www.legalprocess.com**