# UNITED STATES DISTRICT COURT

For The

District of _____

Jewel E. Brown,
    PLAINTIFF,

Vs.

State of Connecticut, et al.
    DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

Docket Number __302cv223(CFD)__

To: (Name and address of Defendant)

Ms. Theresa Lantz, Commissioner
Department of Correction
24 Wolcott St.
Wethersfield, CT, 06109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S

Jewel Brown
21 Brewster Road
South Windsor, CT 06074

an answer to the complaint which is served on you with this summons, within __20__ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this must be filed with the Clerk of this court within a reasonable period of time after service.

KEVIN F. ROWE                          APR 29 2004
CLERK                                  DATE

[signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

**JEWEL E. BROWN**

          Plaintiff(s), Petitioner(s)

against

**STATE OF CONNECTICUT, ET AL**

          Defendant(s), Respondent(s)

---

CLIENT: Jewel E. Brown

INDEX NO.: 302 CV 223 (CFD)

DATE OF FILING: 4/29/2004

FILED
2004 SEP 22 A 11: 55
U.S. DISTRICT COURT
HARTFORD, CT.

**RETURN OF SERVICE**

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Manchester, CT.

By and at the direction of the attorney, on **May 20, 2004 at 10:10 AM at Department of Correction, 24 Wolcott Street, Wethersfield, CT 06109**, I served the within **Summons In A Civil Action and Complaint; Plaintiff's Substituted Complaint, as Amended** upon **Theresa Lantz, Commissioner**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Summons In A Civil Action and Complaint; Plaintiff's Substituted Complaint, as Amended** by delivering thereat a true and attested copy *of each* to **Sarah Feraicola, Paralegal Specialist II**, a person authorized to accept,

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **51-65** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160lbs**

ATTEST:

_____
Rich Zechiel, Private Process Server

Service $45.00
Total Fees: $45.00

CONNECTICUT PROCESS SERVING, LLC
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax
lglprocess@aol.com http://www.legalprocess.com