# UNITED STATES DISTRICT COURT

For The

_____ District of _____

Jewel E. Brown,
**PLAINTIFF,**

Vs.

State of Connecticut, et al.
**DEFENDANTS.**

**SUMMONS IN A CIVIL CASE**

Docket Number  302cv223(CFD)

To: (Name and address of Defendant)

Mr. Steve Korta, Commissioner
Department of Transportation
Administrative Building
2800 Berlin Turnpike
Newington, CT 06111.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S

Jewel Brown
21 Brewster Road
South Windsor, CT 06074

an answer to the complaint which is served on you with this summons, within __20__ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this must be filed with the Clerk of this court within a reasonable period of time after service.

KEVIN F. ROWE
_____
CLERK

APR 2 9 2004
_____
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JEWEL E. BROWN** <br> Plaintiff(s), Petitioner(s) <br><br> against <br><br> **STATE OF CONNECTICUT, ET AL** <br> Defendant(s), Respondent(s) | CLIENT: Jewel E. Brown <br> INDEX NO.: 302 CV 223 (CFD) <br> DATE OF FILING: 4/29/2004 <br><br> **FILED** <br> 2004 SEP 22  A 11: 55 <br> U.S. DISTRICT COURT <br> HARTFORD, CT. <br><br> **RETURN OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Manchester, CT.

By and at the direction of the attorney, on **May 21, 2004 at 9:35 AM at Department of Transportation, Administration Building, 2800 Berlin Turnpike, Newington, CT**, I served the within **Summons In A Civil Action; Plaintiff's Substituted Complaint, as Amended** upon **Steve Korta, Commissioner**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Summons In A Civil Action; Plaintiff's Substituted Complaint, as Amended** by delivering thereat a true and attested copy *of each* to **Marie Wrzosek, Office Assistant/Office of the Commissioner**, a person authorized to accept,

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Female**  Skin: **White**  Hair: **Black/Gray**  Age(Approx): **51-65**  Height(Approx): **5'4" - 5'8"**  Weight(Approx): **131-160 lbs**  Other: **Glasses**

ATTEST:

_____
Rich Zechiel, Private Process Server

Service $50.00
Total Fees: $50.00

CONNECTICUT PROCESS SERVING, LLC
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920, (860) 528-2720 Fax
lglprocess@aol.com  http://www.legalprocess.com



CONNECTICUT
DEPARTMENT OF TRANSPORTATION

MARIE N. WRZOSEK
OFFICE ASSISTANT
OFFICE OF THE COMMISSIONER

P.O. BOX 317546