# UNITED STATES DISTRICT COURT

For The

_____  District of  _____

Jewel E. Brown,
    PLAINTIFF,

Vs.

State of Connecticut, et al.
    DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

Docket Number  302cv223(CFD)

To: (Name and address of Defendant)

Mr. David Carter
President
Eastern Connecticut State University
81 Windham St.
Willimantic, CT 06226

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S

Jewel Brown
21 Brewster Road
South Windsor, CT 06074

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this must be filed with the Clerk of this court within a reasonable period of time after service.

KEVIN F. ROWE
CLERK

APR 2 9 2004
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JEWEL E. BROWN**

                Plaintiff(s), Petitioner(s)

   against

**STATE OF CONNECTICUT, ET AL**
                Defendant(s), Respondent(s)

CLIENT: Jewel E. Brown

INDEX NO.: 302 CV 223 (CFD)

DATE OF FILING: 4/29/2004

FILED
2004 SEP 22 A 11: 54
U.S. DISTRICT COURT
HARTFORD, CT.

## RETURN OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michele Avery, attest and say, that I am not a party to this action. I am over 18 years of age and reside in Bolton, CT.

By and at the direction of the attorney, on **May 19, 2004 at 2:55 PM at Eastern Connecticut State University, Gelsi & Young Hall, 83 Windham Street, Suite 247, Windham, CT** , I served the within **Summons In A Civil Action and Complaint** upon **David Carter, President**, (Defendant/Witness) herein known as Recipient.

Said service was effected in the following manner:

I made due and legal service of the within **Summons In A Civil Action and Complaint** by delivering thereat a true and attested copy *of each* to **Katherine Atkinson, CSU- President's Suite,** a person authorized to accept,

I describe the individual served to the best of my ability at the time and circumstances of service as follows:

Sex: **Female** Skin: **Black** Hair: **Black** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160 lbs**

ATTEST:

*/s/ Michele Avery*
Michele Avery, Private Process Server

Address 2 $35.00
Service $50.00
Total Fees: $85.00

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax
lglprocess@aol.com http://www.legalprocess.com