UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO.  3:02CV223(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES, | : | |
| NICHOLAS CIOFFI, Chairperson; RICHARD | : | |
| ROBINSON, Commissioner and Chairperson; | : | |
| CYNTHIA WATTS ELDER, Executive Director; | : | |
| and LEANNE APPLETON, Business Manager | : | |
| *Defendants*. | : | November 3, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT AND A STATUS CONFERENCE

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton requesting an order to modify the existing Scheduling Order to extend the time for filing of dispositive motions to and including December 30, 2004.  The defendants further request a status conference.  The defendants, through counsel, represent the following:

1.      The current Scheduling Order set the discovery deadline for August 30, 2004 and for dispositive motions for October 30, 2004. (Doc. # 39, dated March 30, 2004.

2.      The defendants <u>inadvertently filed this motion for extension of time in the Brown v. CCSU, 3:02CV1516(CFD) matter</u> (Doc. # 81, dated October 26, 2004) prior to the October 30, 2004  deadline.

3.    Since the issuance of the March 30, 2004 Order, the plaintiff has filed a

Substituted Amended Complaint (Doc. # 51, dated April 28, 2004 and entered on

September 16, 2004).  Included in this Substituted Amended Complaint was a claim

against Central Connecticut State University despite a court order (Doc. # 37, dated

March 24, 2004) denying his request to consolidate this case with Brown v. CCSU, et al.,

3:02CV1516(CFD).

4.    There is currently pending before the court in the instant matter the

following: a) plaintiff's motion for clarification (Doc. # 60, September 22, 2004); b)

plaintiff's motion to extend discovery and certain deadlines (Doc. # 47, August 30,

2004); and c) defendants' motion for more definite statement regarding the substituted

amended complaint (Doc. # 61, September 29, 2004).

5.    The defendants have filed a motion for a status conference in Brown v.

CCSU inasmuch it is critical for the defendants to know if the court will permit the

plaintiff to proceed against CCSU in this case or the originally filed matter.

6.    The pleadings in these two cases need to be straightened out and the

defendants therefore request a status conference with the court.

7.    Pursuant to Local Rule 7(b), the undersigned contacted the plaintiff by

telephone and he has no objection to this motion.


WHEREFORE, the defendants respectfully request an extension of time for filing

a dispositive motion under December 30, 2004 in the above-captioned case and an

immediate status conference so the pending motions can be addressed the cases can be

put on track.


2

DEFENDANTS,

COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES, ET AL,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____

Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd    day of November, 2004 a copy

of the aforementioned Motion for Extension of Time to File Summary Judgment and a

Status Conference was sent by First Class United States mail, postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____

Joseph A. Jordano
Assistant Attorney General

3