02cv223mclAR

50

Denied as moot. See endorsements on #40 and #61, #61. So ordered.

cdm 11/10/04

IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

Jewel E. Brown, )
PLAINTIFF. )
)
VS    Docket ## 32CV223 (CFD) )
cam )
The state of Connecticut and its Commission on Human )
Rights and Opportunities, et al. )
DEFENDANTS. )
) September 14, 2004

**MOTION CLARIFICATION OF THE COURT'S ORDER DATED ~~SEPTEMBER 17,~~ 2004**
August 13.

COMES NOW Plaintiff, and request this Court to clarify its order of August 17, 2004 directing plaintiff to file an Amended Complaint containing all the claims that plaintiff has against the defendants and in support of this Motion, Plaintiff alleges and states, as follows:

(1) On or about March 24, 2004 this Court entered an order directing Plaintiff to either file an Amended and Substituted Compliant, or an Objection within (30) days from the date of issuance of said order.

(2) In compliance with this order, Plaintiff filed a Substituted Compliant, as amended on April 28, 2004. Simultaneously, Plaintiff perfected service of the Substituted Complaint on the previously named defendants by mailing a copy to the address of their attorney of record, Mr. Joseph Jordano and proceeded to perfect service on the newly named defendants by process service through Connecticut Process Service, LLC.

FILED 2004 NOV 10 P 3:34 U.S. DISTRICT COURT HARTFORD, CT

FILED 2004 SEP 15 P 1:27 U.S. DISTRICT COURT HARTFORD, CT.