UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN, *Plaintiff,* | CASE NO. 3:02CV0223(CFD) |
| v. | |
| STATE OF CONNECTICUT, COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, NICHOLAS CIOFFI, Chairperson; RICHARD ROBINSON, Commissioner and Chairperson; CYNTHIA WATTS ELDER, Executive Director; VIVEN BLACKFORD, Commissioner and LEANNE APPLETON, Business Manager | |
| *Defendants.* | SEPTEMBER 28, 2004 |

## MOTION FOR MORE DEFINITE STATEMENT

COMES NOW the defendants and request an order for a more definite statement directing the plaintiff to set out in separate counts his claims against the individual defendants in his Substituted Complaint filed September 17, 2004. In support of this motion the defendants show the court as follows:

1. The plaintiff's substituted complaint lists twelve (12) state agencies and sixteen (16) individual defendants. It is not clear in what capacity he is suing each individual defendant, though it appears that most of the state agency commissioners are only being sued in their official capacities. This leaves 6-8 individual defendants who are arguably being sued in their individual and official capacities.

2. In each count the plaintiff incorporates the facts of the prior counts.

*[Handwritten annotation: Granted. A revised complaint shall be filed by December 1, 2004. So ordered.]*