IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 22 A 11: 54
U.S. DISTRICT COURT
HARTFORD, CT.

Jewel E. Brown, )
PLAINTIFF. )
 )
VS     Docket # # 32CV223 (CFD) )
 )
The state of Connecticut and its Commission on Human )
Rights and Opportunities, et al. )
DEFENDANTS. )
 ) September 14, 2004

## CORRECTED MOTION CLARIFICATION OF THE COURT'S ORDER DATED AUGUST 17, 2004

COMES NOW Plaintiff, and request this Court to clarify its order of August 17, 2004 directing plaintiff to file an Amended Complaint containing all the claims that plaintiff has against the defendants and in support of this Motion, Plaintiff alleges and states, as follows:

(1) On or about March 24, 2004 this Court entered an order directing Plaintiff to either file an Amended and Substituted Compliant containing all his claims against defendants, or an Objection within (30) days from the date of issuance.

(2) In compliance therewith, Plaintiff filed a Substituted Compliant, as amended, on April 29, 2004. Simultaneously, Plaintiff perfected service of the Substituted Complaint on the previously named defendants by mailing a copy to the address of their attorney of record, Mr. Joseph Jordano and proceeded to perfect service on the newly named defendants by process service through Connecticut Process Service, LLC.

[Handwritten annotations in margins: "Denied as moot — fee endorsements on #40 and #61. So ordered. USDJ 11/10/04"; "02cv223END 60"; "60"]

FILED 2004 NOV 10 P 12:23 U.S. DISTRICT COURT HARTFORD, CT.