IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

Jewel E. Brown, )
PLAINTIFF. )
)
VS    Docket # # 32CV223 (CFD) )
)
The state of Connecticut and its Commission on Human )
Rights and Opportunities, et al. )
DEFENDANTS. )
_____) August 30, 2004

## MOTION TO MODIFY THE CURRENT SCHEDULING ORDER

COMES NOW Plaintiff, and request this Court to enter its Order modifying the existing Scheduling Order to extend to a date ending on the 120th day following the date defendants file their Answer to Plaintiff's Substituted Complaint, as Amended and in support of this Motion, Plaintiff alleges and states, as follows:

(1) On March 30, 2004 this Court entered his order establishing August 30, 2004 as the deadline for completing discovery in this matter.

(2) Simultaneously with the issuance of the Scheduling Order, this Court entered various other orders. Among these, was: (a) an order directing Plaintiff to either file an Amended and Substituted Compliant, or an Objection thereto, on or before April 30, 2004; and (b) an order directing defendants to file an Answer to Plaintiff's Amended and Substituted Complaint within a period of thirty (30) days after receipt of the Complaint.

(4) In compliance with this order, Plaintiff filed a Substituted Compliant, as amended, on April 28, 2004. Simultaneously, Plaintiff perfected service of the Substituted Complaint on defendants by mailing a copy to the address of their

[Handwritten annotations: "47"; "Denied. An in person status conference will be held on November 17, 2004 at 2:00 p.m. So ordered."; "FILED 11/10/04"; "02CV223 END 47"; "FILED 2004 AUG 30 P 3:39 U.S. DISTRICT COURT HARTFORD, CT."]