UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,<br>*Plaintiff,* | CASE NO. 3:02CV223(CFD) |
| v. | |
| STATE OF CONNECTICUT, COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, NICHOLAS CIOFFI, Chairperson; RICHARD ROBINSON, Commissioner and Chairperson; CYNTHIA WATTS ELDER, Executive Director; and LEANNE APPLETON, Business Manager<br>*Defendants.* | November 3, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT AND A STATUS CONFERENCE

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton requesting an order to modify the existing Scheduling Order to extend the time for filing of dispositive motions to and including December 30, 2004. The defendants further request a status conference. The defendants, through counsel, represent the following:

1. The current Scheduling Order set the discovery deadline for August 30, 2004 and for dispositive motions for October 30, 2004. (Doc. # 39, dated March 30, 2004.

2. The defendants <u>inadvertently filed this motion for extension of time in the Brown v. CCSU, 3:02CV1516(CFD) matter</u> (Doc. # 81, dated October 26, 2004) prior to the October 30, 2004 deadline.

[Handwritten annotations in margins:]
- "62"
- "Granted. Dispositive motions shall be filed by December 31, 2004. So ordered." 
- "11/10/04"
- "02cv223end62"