IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown, PLAINTIFF. | ) ) ) |
| VS    Docket # 3:02CV 223(CFD) | ) ) ) |
| The State of Connecticut, et al., DEFENDANTS. | ) ) ) ) April 28, 2004 |

FILED 2004 APR 29 A 11: 35
U.S. DISTRICT COURT
HARTFORD, CT.

*Handwritten margin note:* Granted, without prejudice to the Defendants objecting to portions of the claims in the complaint by way of a motion to FILED or for summary judgment. (as ordered.) 11/10/04

### Plaintiff's Motion For leave of Court
### To File Plaintiff's Substituted complaint, As Amended

COMES NOW, the plaintiff and moves the court for an order granting plaintiff leave to file Plaintiff's Substituted Complaint, As Amended in the above numbered and captioned case and in support of said motion plaintiff alleges and states as follows:

(1) That this court entered its order on or about the 30th day of March 2004 ordering plaintiff to file an Amended and Substituted Complaint in this matter.

(2) That in compliance with said order plaintiff tenders the accompanying complaint.

WHEREFORE, premise considered, plaintiff prays for leave of court granting plaintiff the right to file the accompanying Amended and Substituted complaint in this matter and for all necessary and proper relief.

Respectfully Submitted,

Jewel E. Brown.

By: _____
Jewel E. Brown, pro se
21 BREWSTER
SOUTH WINDSOR, CT. 06074

02CU223END40

71