UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 NOV 17 P 5: 21

U.S. DISTRICT COURT
HARTFORD, CT.

JEWEL E. BROWN,
    Plaintiff,

v.

STATE OF CONNECTICUT,
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES, ET AL.,
    Defendants.

Civil No. 3:02 CV 223 (CFD)

## SCHEDULING ORDER

Pursuant to the status conference held on November 17, 2004, the Court enters the following scheduling order in this case:

1. The plaintiff shall file his amended complaint on or before **December 7, 2004**. The defendants shall file their motion for summary judgment, together with supporting memoranda, on or before **December 31, 2004**.

2. The plaintiff shall then file any requests for limited discovery pursuant to the summary judgment motion on or before **January 31, 2005**. The defendants are ordered to file any responses or objections to those requests on or before **February 14, 2005**.

3. All discovery in this case shall be completed on or before **June 30, 2005**.

SO ORDERED this 17th day of November 2004, at Hartford, Connecticut.

**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**