IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown,<br>PLAINTIFF. | )<br>)<br>) |
| VS    Docket # # 32CV223 (CFD) | )<br>)<br>) |
| The state of Connecticut and its Commission on Human Rights and Opportunities, et al.<br>DEFENDANTS. | )<br>)<br>)<br>)<br>) December 5, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDMENT TO PLAINTIFF'S SUBSTITUTED COMPLAINT, AS AMENDED

COMES NOW Plaintiff, and request this Court to enter his order granting Plaintiff a fifteen (15) day extension of time to, and including Wednesday, December 22, 2004, to amend Plaintiff's Substituted Complaint, as Amended in accordance with the Scheduling Order this court entered on November 17, 2004, and in support of this Motion, Plaintiff alleges and states, as follows:

(1) On or about March 24, 2004 this Court entered an order directing Plaintiff to either file an Amended and Substituted Compliant containing all his claims against defendants or an Objection thereto, within (30) days from the date of issuance.

(2) In compliance therewith, Plaintiff filed a Substituted Compliant, as amended, on April 29, 2004.

(3) Thereafter, on or about September 28, 2004, in response to Plaintiff's Substituted Complaint, as Amended, defendants filed a Motion for a More Definite Statement, which this court granted by order dated November 10, 2004.

(4) In the court's November 10, 2004 order, the court scheduled an "in person" status conference to be held in the court's Chambers on Wednesday, November 17, 2004 at 2:00pm and granted Plaintiff until December 1, 2004 to amend his complaint.

(5) On or about November 17, 2004 this Court entered a Scheduling Order, which granted Plaintiff until December 7, 2004 to amended his Substituted Complaint, as Amended to comply with the court's November 10, 2004 order.

(6) Plaintiff hereby represents to the court that he has been unable to comply with the court's order due to the fact that Plaintiff's computer's hard drive crashed on Wednesday, November 24, 2004 and Plaintiff will not be able to install a replacement system until on or about December 15, 2004.

(7) Further, Plaintiff states that, although he purchased, via the Internet, a new system on or about November 29, 2004 he was advised on Thursday, December 2, 2004 that the system couldn't be delivered before the latter part of the week of December 13, 2004.

(8) Hence, Plaintiff states that based on the facts, as they exist today, Plaintiff should be able to comply with the court's order on or before December 22, 2004.

(9) Additionally, Plaintiff states that he has consulted with defendants' attorney, Mr. Joe Jordano, who has no objection to Plaintiff's motion provided that the court extends defendants' deadline for filing their Motion for Summary Judgment to January 15, 2005. (See Plaintiff's Exhibit # 1).

(10) As such, Plaintiff respectfully request the court to modify his November 17, 2004 Scheduling Order as follows: (a) to grant Plaintiff until December 22, 2004 to file his amended complaint, (b) to grant defendants until January 15, 2005 to file their Motion for Summary Judgment; (c) to grant Plaintiff until February 15, 2005 to file his motion for limited discovery in response to defendants' Summary Judgment Motion; and (d) to grant defendants until February 28, 2005 to file any response and/or objection to Plaintiff's Motion.

WHEREFORE, premises considered, Plaintiff prays that this court enter its order modifying his November 17, 2004 Scheduling Order as hereinabove requested and for all necessary and proper relief.

Respectfully Submitted

Jewel E. Brown
By: _____
Jewel E. Brown, Pro-se
21 BREWSTER
SOUTH WINDSOR, CT. 06074
PHONE (860) 644-5379
FAX (860)-644-6551
E-MAIL: employmentpa@aol.com

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorneys this 6th day of December 2004, by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted,

By: _____
Jewel E. Brown, Pro se