IN THE UNITED STATED DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown, <br> PLAINTIFF. <br><br> VS     Docket # # 32CV223 (CFD) <br><br> The state of Connecticut and its Commission on Human <br> Rights and Opportunities, et al. <br> DEFENDANTS. | 2004 DEC 22 P 1: 52 <br><br> U.S. DISTRICT COURT <br> HARTFORD, CT. <br><br> December 22, 2004 |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(a) FRCP

COMES NOW Plaintiff, and request this Court to enter his order granting Plaintiff leave to voluntary dismiss the following specified counts, with and without prejudice, contained in the above numbered and captioned complaint as more specifically hereinafter set out, and in support of this Motion, Plaintiff alleges and states, as follows:

(1) On or about March 24, 2004 this Court entered an order directing Plaintiff to either file an Amended and Substituted Compliant containing all his claims against defendants or an Objection thereto, within (30) days from the date of issuance.

(2) In compliance therewith, on April 29, 2004, Plaintiff filed a Substituted Compliant, as amended, accompanied by a Motion for Leave.

(3) Thereafter, defendants filed their official response to the Substituted Complaint, as Amended, in the form of a pleading labeled "Defendants Objection to Plaintiffs Motion to File a Substituted Complaint, as amended".

(4) In defendants' "Objection" they challenged plaintiff's right to seek permission from this Court to join certain newly named defendants that Plaintiff added in his Substituted Complaint, as amended, without Plaintiff having first exhausted the administrative remedy requirements of each of the enactments cited in their Objection and thereby obtain permission to sue from the Acts' administrative enforcement agencies. Defendants also objected to plaintiff's attempt to join Central Connecticut State University, (CCSU) in this lawsuit because of this Court's, March 26, 2004, Order denying Plaintiff's motion to Consolidate the CCSU case, [see: docket number 3:02CV1516(CFD)], with this complaint.

(5) On August 17, 2004, without either ruling on Plaintiff's Motion For Leave to file the April 29, 2004 Substituted Complaint or ruling on defendants' Objection to Plaintiff's Substituted Complaint, this court entered his order granting Plaintiff leave to file a substituted amended complaint by September 15, 2004 whereupon Plaintiff filed a Motion for Clarification of the court's order inasmuch as Plaintiff had already filed his Substituted Complaint.

(6) On September 28, 2004, apparently based on the effect of this court's August 17, 2004 order, defendants filed a Motion requesting that Plaintiff be ordered to amend his September 15, 2004 Substituted Complaint by way of providing a More Definite Statement which this court granted on November 10, 2004 along with several other orders

(7) Among the other orders issued on November 10, 2004, this court ordered "in person" status conference to be held in the court's Chambers on

Wednesday, November 17, 2004 at 2:00pm; granted Plaintiff April 29, 2004 Motion for Leave to file Plaintiff Substituted Complaint, as amended, and granted Plaintiff until December 1, 2004 to make his April 29, 2004 Substituted Complaint, as amended, more definite and certain by way of appropriate amendment.

(8) Following the in chambers status conference, this court, on November 17, 2004 entered a Scheduling Order which granted Plaintiff until December 7, 2004 to amend his Substituted Complaint to comply with the court's November 10, 2004 order.

(9) On December 6, 2004 Plaintiff filed a Motion for an Extension of Time to, and including, December 22, 2004 in which to file his amended compliant.

(10) Plaintiff now seeks to amend his Substituted Complaint, as amended, by securing leave from this court to voluntary dismiss those parties and counts to which defendants seek a more definite statement as set out in their September 28, 2004 Motion.

(11) Specifically, subject only to Plaintiff reserving the right to challenge defendants' failure to timely answer Plaintiff's April 29, 2004 Substituted Complaint, as amended, by way of a Motion for Summary Judgment, Plaintiff seeks leave to amend his complaint to comply with the court's November 17, 2004 order by voluntarily dismissing the following counts and parties without prejudice:

(a) Count IX and Robert Galvin, Commissioner of the Department of Public Heath;

(b) Count XI and the Honorable Joseph H. Pellegrino, Chief Court Administrator of Judicial Department;

(c) Count XIII and the Honorable David Carter, President Eastern Connecticut State University;

(d) Count XV and Steve Korta, Commissioner, Department of Transportation;

(e) Count XVI and the Honorable Mark Ryan, Secretary, Office of Policy and Management;

(f) Count XVII and Theresa Lantz, Commissioner, Department of Correction;

(g) Count XIX and Williams Bill Evans, Commissioner, Department of Environmental Protection; and

(h) Count XXI and James F. Abromaitis, Commissioner, Department of Economic and Community Development.

(12) Additionally, Plaintiff seeks leave to voluntarily dismiss Count X and the Honorable Kristine 'Ragaglia, former commissioner, Department of Children and Families, with prejudice.

(13) Likewise, Plaintiff seeks to dismiss Count XX insofar as it seeks to incorporates Plaintiff's action pending against Central Connecticut State University and its' named officials and to otherwise dismiss without prejudice any and all claims alleged Barbara Waters, Commissioner, Department of Administrative Services.

WHEREFORE, premises considered, Plaintiff prays that this court enter its order granting Plaintiff Leave to file an amended complaint that voluntary dismiss without prejudice, except as otherwise provided herein, those counts and defendants named in paragraphs (11) (12 and (13) above and for all necessary and proper relief.