UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV223(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES, | : | |
| NICHOLAS CIOFFI, Chairperson; RICHARD | : | |
| ROBINSON, Commissioner and Chairperson; | : | |
| CYNTHIA WATTS ELDER, Executive Director; | : | |
| VIVEN BLACKFORD, Commissioner and | : | |
| LEANNE APPLETON, Business Manager | : | |
| | : | |
| *Defendants.* | : | DECEMBER 28, 2004 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
LEAVE TO DISMISS CERTAIN DEFENDANTS**

The defendants do not object to the plaintiff's request to dismiss certain defendants. However, the plaintiff's motion is confusing. The court has ALREADY granted him leave to file a Substituted Amended Complaint. The plaintiff has sought two extensions of time in which to file an amended complaint, only to file a motion seeking leave to file a complaint dismissing several defendants. The plaintiff's substituted and amended complaint to which he refers is confusing because some of his causes of action are not numbered and the numbering process skips several numbers.

While the defendants concur and applaud the plaintiff's decision to dismiss certain defendants, defense counsel is at a loss to understand why, after two extensions of time, the plaintiff could not file his motion along with the AMENDED COMPLAINT.

This type of motion only serves to delay the case and makes it difficult for the defendants to files their summary judgment motion because there is no amended complaint to which the defendant can respond.

Accordingly, the defendants again request that the court instruct Mr. Brown to simply file his amended complaint, deleting any defendant he wishes to dismiss, so this case can move forward. Defendants also request twenty one (21) days from the date the Amended Complaint is filed in which to file a dispositive motion, if necessary.

>                    DEFENDANTS,
>
>                    RICHARD BLUMENTHAL
>                    ATTORNEY GENERAL
>
> By:  _____
>      Joseph A. Jordano
>      Assistant Attorney General
>      Federal Bar # ct21487
>      55 Elm Street, P.O. Box 120
>      Hartford, CT 06141-1020
>      Tel: (860) 808-5340
>      Fax: (860) 808-5383
>      E-mail: Joseph.Jordano@po.state.ct.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of December , 2004 a copy of the aforementioned Response to Plaintiff's Motion was sent by First Class United States mail, postage prepaid, to:

> Jewel E. Brown, Pro Se
> 21 Brewster Road
> South Windsor, CT  06074

>                    _____
>                    Joseph A. Jordano
>                    Assistant Attorney General