UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV223(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES, | : | |
| NICHOLAS CIOFFI, Chairperson; RICHARD | : | |
| ROBINSON, Commissioner and Chairperson; | : | |
| CYNTHIA WATTS ELDER, Executive Director; | : | |
| and LEANNE APPLETON, Business Manager | : | |
| *Defendants*. | : | January 5, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT
AND REQUEST FOR ORDER DIRECTING PLAINTIFF TO FILE A
SUBSTITUTED AMENDED COMPLAINT**

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton requesting an extension of time of twenty one (21) days to file their summary judgment after the plaintiff has filed his Substituted Amended Complaint as previously ordered by the Court. The defendants, through counsel, represent the following:

1.  The plaintiff was ordered by the Court to file an Amended Complaint (Doc. # 71) no later than December 7, 2004. The defendants' motion for summary judgment according to the docket sheet is due January 31, 2005.

2.  The plaintiff filed a motion for extension of time to file his Amended Complaint (Doc. # 72) to and including December 22, 2004. The motion was granted by the Court. (Doc. # 73).

3. Rather than comply with the Court's order, the plaintiff filed a Motion for Voluntary Dismissal (Doc. # 74) pertaining to certain counts of prior disjointed complaints, filed and not filed[1], with the Court.

4. The defendants, through counsel, filed a response to plaintiff's motion for leave to dismiss certain defendants (Doc. # 75).

5. The defendants, due to plaintiff's apparent inability to adhere to the Federal Rules of Civil Procedure, has been forced previously to file several Motions for More Definite Statement (Doc. Nos. 22, 27 and 61). The latter motion was granted by the Court on November 12, 2004 (Doc. # 65).

6. Despite the Court's order, the plaintiff has continually failed to comply and the defendants are still left to guess which counts of the Complaint are still viable and which counts are no longer operative.

7. The plaintiff has filed with the Court the original complaint (Doc. # 1); Second Amended Complaint (Doc. # 24); Substituted Amended Complaint (Doc. # 51); and Amended Complaint (Doc. # 70). Upon information and belief, the latter two pleadings are identical.

8. As noted previously, piecemeal pleading is disfavored because of the legal significance accorded to amended pleadings. It is established law than an amended complaint supersedes that which it modifies; the prior pleading is rendered dysfunctional. Gemveto Jewelry Co. v. Cooper, 568 F. Supp. 319, 336 (S.D.N.Y. 1983); Phillips v. Murchison, 194 F. Supp. 620, 622 (S.D.N.Y. 1961).

---

[1] Plaintiff attempted to file an Amended Complaint on or about November 15, 2002. The pleading was returned to the plaintiff due to his failure to request leave of the Court to file an amended complaint. Plaintiff still made reference to this non-filed pleading in his Second Amended and Supplemented Complaint as if it was docketed. Still, he continues to believe that he can simply "add on" claims piecemeal through partial amended pleadings.

9. The defendants, as noted <u>supra</u>, without a properly pled complaint are unable to file a dispositive motion inasmuch as they are left to speculation regarding their response.

10. Pursuant to Local Rule 7(b), the undersigned contacted the plaintiff by telephone and he has no objection to this motion, though the plaintiff has confused the defendants' obligation to answer his amended complaint since no amended complaint is on record pursuant to the Court order of November 17, 2004.

WHEREFORE, the defendants respectfully request an order directing the plaintiff to file a concise, complete Amended Complaint and request an extension of time for filing their dispositive motion until twenty one (21) days after the plaintiff has complied with the Court's order.

DEFENDANTS,

COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES, ET AL,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of January, 2005 a copy of the aforementioned Motion for Extension of Time to File Summary Judgment and Request for Order Directing Plaintiff to File an Amended Complaint was sent by First Class United States mail, first class postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General