IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown,<br>PLAINTIFF. | )<br>)<br>) |
| VS    Docket # # 32CV223 (CFD) | )<br>)<br>) |
| The state of Connecticut and its Commission on Human Rights and Opportunities, et al.<br>DEFENDANTS. | )<br>)<br>)<br>) |

) February 10, 2005

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41, FRCP

COMES NOW Plaintiff, and request this Court to enter his order dismissing, with and without prejudice, those counts and parties, contained in the above numbered and captioned complaint and more specifically hereinafter set out:

(1) Specifically, plaintiff request this court to dismiss, without prejudice, the following parties and the counts in which they were named as parties in Plaintiff's First Substituted Complaint, as Amended:

(a) Count IX and Robert Galvin, Commissioner of the Department of Public Heath;

(b) Count XI and the Honorable Joseph H. Pellegrino, Chief Court Administrator of Judicial Department;

(c) Count XIII and the Honorable David Carter, President Eastern Connecticut State University;

(d) Count XV and Steve Korta, Commissioner, Department of Transportation;

(e) Count XVI and the Honorable Mark Ryan, Secretary, Office of Policy and Management;

(f) Count XVII and Theresa Lantz, Commissioner, Department of Correction;

(g) Count XIX and Williams Bill Evans, Commissioner, Department of Environmental Protection; and

(h) Count XXI and James F. Abromaitis, Commissioner, Department of Economic and Community Development.

(12) Additionally, Plaintiff moves the Court to dismiss, with prejudice, Count X, in Plaintiff's First Substituted Complaint, as Amended, that names the Honorable Kristine 'Ragaglia, former commissioner, Department of Children and Families.

WHEREFORE, premises considered, Plaintiff prays that this court enter its order dismissing those parties and counts identified above and for all necessary and proper relief.

Respectfully Submitted

Jewel E. Brown,
By: _____

Jewel E. Brown, Pro-se
21 BREWSTER
SOUTH WINDSOR, CT. 06074
PHONE (860) 644-5379
FAX (860)-644-6551
E-MAIL: employmentpa@aol.com

2

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorneys this 10th day of February 2005, by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted,

By: _____
Jewel E. Brown, Pro se