### UNITED STATED DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN | : | No. 3:02CV0223(CFD) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| Commission on Human Rights | : | |
| and Opportunities, et al., | : | |
| *Defendants*. | : | February 23, 2005 |

### **DEFENDANTS' MOTION FOR ADDITIONAL TIME**

COMES NOW the defendants and request an additional two weeks in which to file a responsive pleading, including summary judgment, regarding the plaintiff's Second Substituted Complaint, as Amended. In support of this motion the defendants show the court as follows:

1. On February 10, 2005, the plaintiff filed his Second Substituted Complaint, as amended. The plaintiff also moved to dismiss several of the defendants.

2. The remaining defendants are reviewing the Amended Complaint.

3. Defense counsel has requested from the plaintiff that he produce his "Right to Sue Letters" issued from the EEOC as part of this case. Defense counsel has requested those letters to determine in part if summary judgment is appropriate.

4. The defendants need the additional time to research and confirm certain facts that will dictate whether summary judgment is necessary.

5.      Defense counsel spoke with the plaintiff about this motion on Monday, February 21, 2005, and the plaintiff has no objection.

6.      This is the defendants' first request for additional time to respond to the plaintiff Second Substituted Complaint, as amended.

WHEREFORE, the defendants request an additional two weeks, or until March 17, 2005 in which to file a responsive pleading.

>                DEFENDANTS,
>
>                RICHARD BLUMENTHAL
>                ATTORNEY GENERAL
>
>
> BY:     _____
>                Joseph A. Jordano  (ct 21487)
>                Assistant Attorney General
>                55 Elm Street, P.O. Box 120
>                Hartford, CT 06141-0120
>                Tel: 860-808-5340
>                Fax: 860-808-5383
>                email: Joseph.Jordano@po.state.ct.us


## **CERTIFICATION**

The undersigned hereby certifies that on the 23d day of FEBRUARY, 2005, a true and accurate copy of the foregoing was sent by United States mail, first class postage prepaid, to the following:

Mr. Jewel E. Brown
21 Brewster Road
South Windsor, CT 06074


>                _____
>                Joseph A. Jordano
>                Assistant Attorney General

2