UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN | : | No. 3:02CV0223(CFD) |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| Commission on Human Rights | : | |
| and Opportunities, et al., | : | |
|     *Defendants*. | : | March 10, 2005 |

**DEFENDANTS' MOTION FOR ADDITIONAL TIME**

COMES NOW the defendants and request an additional week up to and including March 24, 2005 in which to file a responsive pleading, including summary judgment, regarding the plaintiff's Second Substituted Complaint, as Amended. In support of this motion the defendants show the court as follows:

1. On February 10, 2005, the plaintiff filed his Second Substituted Complaint, as amended. The plaintiff also moved to dismiss several of the defendants.

2. The Second Amended Complaint is lengthy and defense counsel is investigating aspects of the allegations as a part of a potential summary judgment.

3. The Employment Rights Department to which the undersigned is assigned recently lost a staff member which resulted in those cases being redistributed among remaining counsel.

4. Further, the undersigned has a summary judgment due on the same date in federal court in <u>Williams v. DCF</u>, 3:01CV1398(JGM) which has caused a slight delay in the finalization of papers in this captioned matter.

5. Pursuant to Local Rule 7(b), the undersigned spoke with the plaintiff about this motion on and the plaintiff has no objection.

6. This is the defendants' second request for additional time to respond to the plaintiff Second Substituted Complaint, as amended.

WHEREFORE, the defendants request an additional week, or until March 24, 2005, in which to file a responsive pleading.

                DEFENDANTS,

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY: _____
       Joseph A. Jordano  (ct 21487)
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-0120
       Tel: 860-808-5340
       Fax: 860-808-5383
       email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 10th day of March, 2005, a true and accurate copy of the foregoing was sent by United States mail, first class postage prepaid, to the following:

Mr. Jewel E. Brown
21 Brewster Road
South Windsor, CT 06074

                _____
                Joseph A. Jordano
                Assistant Attorney General