UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN | ) | No. 3:02CV0223(CFD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Commission on Human Rights | ) | |
| And Opportunities, et al., | ) | |
| | ) | |
| Defendants. | ) | March 24, 2005 |

## **MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW the Commission on Human Rights and Opportunities ("CHRO"), Department of Administrative Services ("DAS") and the Office of Policy and Management ("OPM") and all of the individual defendants, referenced in the plaintiff's Second Substituted Amended Complaint, dated February 10, 2005, and move for summary judgment on the grounds that:

a. Failure of service of process on defendants Ryan, Waters, Robinson and Cioffi in their personal capacities;

b. Plaintiff's failure to exhaust his administrative remedies as against defendants DAS and OPM under Title VII;

c. Claims against defendants Ryan, Waters, Cioffi and Robinson are barred by the applicable statute of limitations;

d. Plaintiff's claims against all of the individual defendants in their official capacities are barred by the Eleventh Amendment.

e. Plaintiff's Title VII claim against the CHRO is barred by his

1

failure to timely file his lawsuit after receipt of the Right to Sue from the EEOC or Department of Justice.

WHEREFORE, the defendants request that the court enter an order granting partial summary judgment consistent with this motion.

                              DEFENDANTS,

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY: _____
       Joseph A. Jordano
       Assistant Attorney General
       Federal Bar # ct21487
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-0120
       Tel: 860-808-5340
       Fax: 860-808-5383
       Email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on the 24th day of March, 2005, a true and accurate copy of the foregoing was sent by United States mail, first class postage prepaid, to the following:

Jewel Brown, pro se
21 Brewster Road
South Windsor, CT  06074

                              _____
                              Joseph A. Jordano
                              Assistant Attorney General