**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JEWEL BROWN | : | Case No. 3:02CV0223 (CFD) |
| *Plaintiff* | : | |
| v. | : | Judge Christopher F. Droney |
| | : | |
| Commission on Human | : | Notice of Manual Filing |
| Rights & Opportunities, | : | |
| et al. | : | |
| *Defendants* | : | March 24, 2005 |

Please take notice that the Defendants have manually filed the following document or thing

Exhibits in Support of Defendants' Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ x ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Joseph A. Jordano
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct 21487

## **CERTIFICATION**

The undersigned does hereby certify that on the 24TH day of March, 2005, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

    Jewel Brown, pro se
    21 Brewster Road
    South Windsor, CT  06074

    _____
    Joseph A. Jordano
    Assistant Attorney General