UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV223(CFD) |
|    *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES, | : | |
| NICHOLAS CIOFFI, Chairperson; RICHARD | : | |
| ROBINSON, Commissioner and Chairperson; | : | |
| CYNTHIA WATTS ELDER, Executive Director; | : | |
| and LEANNE APPLETON, Business Manager | : | |
|    *Defendants*. | : | March 24, 2005 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1    Civil Docket Sheet for Case # 3:02-cv-00223-CFD;

Exhibit 2    Plaintiff's Second Substituted Complaint, As Amended, dated February 10, 2005;

Exhibit 3    EEOC Notice of Suit Rights re: Charge No. 16AA01264, dated October 31, 2001;

Exhibit 4    Letter from Karen Ferguson, EEOC, to Jewel Brown, dated September 30, 2003;

Exhibit 5    Affidavit of Devin Marquez, dated March 16, 2005;

Exhibit 6    Service Return for service upon Barbara Waters, dated May 21, 2004 (Doc. # 53);

Exhibit 7    Service Return for service upon Mark Ryan, dated May 21, 2004 (Doc. # 52);

Exhibit 8    Affidavit of Anne Gnazzo, dated March 16, 2005;

Exhibit 9    Affidavit of Donald Newton, dated March 21, 2005;

Exhibit 10   Excerpts from Deposition of Jewel Brown, dated July 22, 2003;

Exhibit 11   Service Return for service upon Nicholas Cioffi, dated May 6, 2002 (Doc. # 6);

Exhibit 12   Service Return for service upon Richard Robinson, dated May 7, 2002 (Doc. # 9);

Exhibit 13   Plaintiff's Substituted Complaint, As Amended, dated April 28, 2004;

Exhibit 14   CHRO Complaint No. 0010425, EEOC Charge No. 16AA01264, dated May 17, 2000;

Exhibit 15   Complaint of Discrimination, file dated February 8, 2002.

DEFENDANTS,

COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES, ET AL,

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of March, 2005 a copy of the aforementioned Index of Evidence in Support of Motion for Summary Judgment was sent by First Class United States mail, postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General