# UNITED STATED DISTRICT COURT
## DISTRICT OF CONNECTICUT

JEWEL E. BROWN
*Plaintiff,*

v.

Commission on Human Rights
and Opportunities, et al.,
*Defendants.*

No. 3:02CV0223(CFD)

February 23, 2005

## DEFENDANTS' MOTION FOR ADDITIONAL TIME

COMES NOW the defendants and request an additional two weeks in which to file a responsive pleading, including summary judgment, regarding the plaintiff's Second Substituted Complaint, as Amended. In support of this motion the defendants show the court as follows:

1.     On February 10, 2005, the plaintiff filed his Second Substituted Complaint, as amended. The plaintiff also moved to dismiss several of the defendants.

2.     The remaining defendants are reviewing the Amended Complaint.

3.     Defense counsel has requested from the plaintiff that he produce his "Right to Sue Letters" issued from the EEOC as part of this case. Defense counsel has requested those letters to determine in part if summary judgment is appropriate.

4.     The defendants need the additional time to research and confirm certain facts that will dictate whether summary judgment is necessary.

Granted. So ordered.
USDJ 4/12/05

02cv223 end 82