IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown, <br> PLAINTIFF. <br><br> VS    Docket # # 32CV223 (CFD) <br><br> The state of Connecticut and its Commission on Human Rights and Opportunities, et al. <br> DEFENDANTS. | 2005 APR 25  P 12: 59 <br><br> U.S. DISTRICT COURT <br> HARTFORD, CT. <br><br><br><br> ) April 25, 2005 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, and request this Court to enter his order granting Plaintiff an extension of time to, and including Wednesday, Monday, May 16, 2005 to file Plaintiff's Response to Defendants' Motion for Partial Summary judgment in accordance with the Scheduling Order this court entered on November 17, 2004, and in support of this Motion, Plaintiff alleges and states, as follows:

(1) On or about November 17, 2004 this Court entered a Scheduling Order that granted Plaintiff until December 7, 2004 to amend his Substituted Complaint, as Amended to comply with the court's November 10, 2004 order.

(2) Thereafter, on or about December 5, 2004 Plaintiff sought and received an extension of time to and including December 22, 2004 to file Plaintiff's Second Substituted Complaint, as Amended.

(3) Plaintiff filed his Second Substituted Complaint, as Amended, on or about December 22, 2004.

(4) Thereafter, in an effort to respond to Plaintiff's amended complaint, Defendants sought and received two extensions of time.

(5) On or about March 24, 2005 Defendants filed their response, in the form of a motion for summary, to Plaintiff's Second Substituted Complaint, as Amended.

(6) In their response defendants sought summary judgment pursuant to various constitutional and statutory grounds.

(7) Presently, plaintiff has not been able to fully research the merits of defendants' motion due to a recent contract that plaintiff entered into with the Phillips Metropolitan CME Church which requires plaintiff to oversee the Church's effort to construct a new worshiping center, which obligations include assisting the church in their efforts to obtain financing, employ a building contractor and to oversee the construction activities.

(8) More specifically, plaintiff's inability to prepare his response to defendants' motion was caused principally by the fact that during the months of March and April the church sought to employ a contractor and consummate a loan financing the construction. These activities are extremely time consuming.

(9) A construction contract was executed between the church and a building contractor on or about March 22, 2005 and the church is scheduled to finalize its loan application between April 28, 2005 and May 10, 2005.

(10) Additionally, Plaintiff states that he has consulted with defendants' attorney, Mr. Joe Jordano, and that he has not expressed any opposition to Plaintiff's motion.

. WHEREFORE, premises considered, plaintiff respectfully request the court to enter his order granting plaintiff an extension of time to and including May 15, 2005 to file his response to Defendants' motion for summary judgment and for all necessary and proper relief.

Respectfully Submitted

Jewel E. Brown,
By: _____
Jewel E. Brown, Pro-se
21 BREWSTER
SOUTH WINDSOR, CT. 06074
PHONE (860) 644-5379
FAX (860)-644-6551
E-MAIL:

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorneys this 25th day of April 2005, by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted,

By: _____
Jewel E. Brown, Pro se