IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown, <br> PLAINTIFF. <br> <br> VS   Docket # # 32CV223 (CFD) <br> <br> The state of Connecticut and its Commission on Human Rights and Opportunities, et al. <br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) May 16, 2005 |

## PLAINTIFF'S MOTION FOR LIMITED DISCOVERY PURSUANT TO THIS COURT ORDER OF NOVEMBER 17, 2004

COMES NOW Plaintiff, and request this Court to enter his order granting Plaintiff until July 1, 2005 to complete conducting limited discovery and to file his response to Defendants' Motion for Partial Judgment in accordance with this court order of November 17, 2004 and in support of said Motion Plaintiff alleges and states as follows:

(1) On or about November 17, 2004 this Court entered a Scheduling Order which, among other things:

   (a) Granted Plaintiff until December 7, 2004 to file a Second Substituted Complaint, as Amended;

   (b) Directed Defendants to file their Motion for Summary Judgment, together with supporting Memoranda by not later than December 31, 2004; and

   (c) Directed Plaintiff to file any request for limited discovery pursuant to the Summary Judgment Motion by not later than January 31, 2005.

(2) Thereafter, subsequent to filing several pleadings addressing the matter, Plaintiff filed his Second Substituted Compliant, as Amended on or about February 10, 2005.

(3) In like manner, after filing several Motions for extension of time and related pleadings, Defendants filed their Motion for Partial Summary Judgment, together with supporting Memoranda, on or about March 24, 2005.

(4) Finally, in response to Defendants' Motion for Partial Summary Judgment, Plaintiff filed his Motion on or about the 25th day of April, 2005 requesting an extension to time to and including May 15, 2005 to response to Defendants Motion.

(5) Plaintiff hereby submits his response by advising the court that Plaintiff will need until July 1, 2005 to conduct such limited discovery as is necessary and to prepare and submit his response to Defendants' Motion for Partial Summary Judgment.

WHEREFORE, premises considered, Plaintiff prays that this court enter its order granting Plaintiff until July 1, 2005 to conduct such limited discovery as is necessary and to prepare and submit his response to Defendants' Motion for Partial Summary Judgment and for all necessary and proper relief.

Respectfully Submitted
Jewel E. Brown,
By: _____.
Jewel E. Brown, Pro-se
21 BREWSTER
SOUTH WINDSOR, CT. 06074
PHONE (860) 644-5379
FAX (860)-644-6551
E-MAIL:

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorneys this 16th day of May 2005, by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted,

By: *[signature]*
Jewel E. Brown, Pro se