**IN THE UNITED STATED DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Jewel E. Brown,<br>PLAINTIFF. | *<br>* 2005 JUL -1 P 3: 40<br>* |
| VS   Docket # # 32CV223 (CFD) | *<br>* |
| The state of Connecticut and its Commission on Human<br>Rights and Opportunities, et al,<br>DEFENDANTS | *<br>*<br>*<br>* JUNE 30, 2005 |

**PLAINTIFF'S MOTION IN OPPOSITION**
**TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, PLAINTIFF and respectfully moves the court to deny Defendants' Motion for Partial Summary Judgment insofar as Defendants' Motion is based on the following reasons:

(1) Failure to serve process and summons of defendants Ryan, Waters, Robinson and Cioffi;

(2) That Plaintiff's claims against defendants Ryan, Waters, Cioffi and Robinson are barred by the applicable statute of limitation; and

(3) That Plaintiff's claims against all individual defendants in their official capacities are barred by the Eleventh Amendment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this court enter its order denying defendants Motion for Partial Summary Judgment for the reasons set forth in Plaintiff's accompanying Memorandum of law.

Respectfully Submitted

Jewel E. Brown
By: _____
Jewel E. Brown, Pro-se
21 BREWSTER

SOUTH WINDSOR, CT. 06074
PHONE (860) 644-5379
FAX (860)-644-6551
E-MAIL: employmentpa@aol.com

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorneys this 1st day of July 2005 by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted,

By: *[signature]*
Jewel E. Brown, Pro se