UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV0223(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES, | : | |
| NICHOLAS CIOFFI, Chairperson; RICHARD | : | |
| ROBINSON, Commissioner and Chairperson; | : | |
| CYNTHIA WATTS ELDER, Executive Director; | : | |
| and LEANNE APPLETON, Business Manager | : | |
| *Defendants*. | : | July 29, 2005 |

## MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, and Leanne Appleton and requests leave of the court to reopen discovery for the limited purpose of taking the deposition of the plaintiff, Jewel Brown. In support of their motion, the defendants, through counsel, represent as follows:

1.      The discovery deadline in this instant matter was June 30, 2005 (Doc. # 71, dated November 17, 2004).

2.      The defendants filed a motion for partial summary judgment and accompanying papers on or about March 24, 2005 (Doc. #s 84, 85, 86, 87 and 88).

3.      The defendants motion is pending.

4.      The defendants, through counsel, request permission to notice the deposition of the plaintiff for the limited purpose of addressing new issues raised by the

plaintiff in the Second Substituted Complaint filed with the Court on February 10, 2005 (Doc. # 80).

    WHEREFORE, the defendants request leave of the Court to reopen discovery in the above-captioned matter for the limited purpose as stated above.

DEFENDANTS,

COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES, ET AL,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

    The undersigned hereby certifies that on this 29th day of July, 2005 a copy of the aforementioned Motion for Leave to take Plaintiff's Deposition was sent by First Class United States mail, postage prepaid to:

    Jewel E. Brown, Pro Se
    21 Brewster Road
    South Windsor, CT 06074

_____
Joseph A. Jordano
Assistant Attorney General