IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown, <br> PLAINTIFF. <br><br> VS    Docket # # 32CV223 (CFD) <br><br> The state of Connecticut and its Commission on Human Rights and Opportunities, et al, <br> DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) August 10, 2005 |

## PLAINTIFF'S OBJECTION TO DEFENDANTS MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION

Comes now, the Plaintiff, and objects to Defendants' Motion for leave of court to take Plaintiff's deposition for the sole purpose of addressing new issues raised by Plaintiff in his Second Substituted Complaint, as Amended, and in support of his Objection, Plaintiff alleges and states as follows:

(1) That Defendants have on two prior occasions deposed Plaintiff upon the issues raised in Plaintiff's Second Substituted Complaint, as Amended.

(2) That presently the court has limited Plaintiff right to engage in discovery to addressing those procedural issues raised by Defendants in their Motion for Partial Summary Judgment.

(3) That any additional discovery in which Defendants are allowed to engage should be scheduled to occur in conjunction with the time period Plaintiff is allowed to conduct discovery on the merits of his complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this court enter its order: (a) denying Defendants' Motion to take Plaintiff's deposition; and (b) that to the extent it allows Defendants the right to engage in further discovery

it schedule said discovery activities to run concurrent with the time period established for Plaintiff to conduct discovery on the merits of his complaint and for all necessary and proper relief.

Respectfully Submitted

By: _____

Jewel E. Brown, Pro-se
21 BREWSTER
SOUTH WINDSOR, CT. 06074
PHONE (860) 246-3526 or 543-9806
FAX (860) 548-0871 or 644-6551
E-MAIL: employmentpa@aol.com

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorneys this 10th day of August 2005 by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted,

By: _____
Jewel E. Brown, Pro se