**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_Jewel E. Brown_ , Plaintiff

_State of Connecticut,_
_CHRO_ , Defendant

Case No. 3:02 CV 223 (CFD)
(Put case number here)

## CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

1. **(Complete the first line for electronic notification from the court)**

I, _Jewel E. Brown_ hereby consent to the court
(name of pro se litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2. (Complete the second line for electronic service from opposing counsel; **DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL**)

I, _Jewel Brown_ hereby consent to opposing
(name of pro se litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

_Jewel E. Brown_
(Name of pro se litigant, typed or printed)
_21 Brewster Road_
Street Address
_South Windsor, CT. 06074_     _246-3526 (WK)_
City, State, Zip Code                    _543-9806 (cell)_
                                                  Telephone
_employmentpa @ aol.com_
email address

_11/28/05_                    _Jewel E. Brown_
Date                              Signature