UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV223(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES, | : | |
| NICHOLAS CIOFFI, Chairperson; RICHARD | : | |
| ROBINSON, Commissioner and Chairperson; | : | |
| CYNTHIA WATTS ELDER, Executive Director; | : | |
| and LEANNE APPLETON, Business Manager | : | |
| *Defendants*. | : | April 7, 2006 |

## MOTION FOR RECONSIDERATION

COMES NOW, defendants State of Connecticut, Commission on Human Rights and Opportunities, et al., and pursuant to Local Rule 7(c) move for reconsideration of the Court's April 1, 2006 decision denying without prejudice defendants' motion for summary judgment.

Filed herewith is a memorandum of law in support of the present motion.

DEFENDANTS,

COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES, ET AL,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar # ct21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-1020
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th   day of April, 2006 a copy of the aforementioned Motion for Reconsideration was sent by First Class United States mail, postage prepaid to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

_____
Joseph A. Jordano
Assistant Attorney General