IN THE UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jewel E. Brown,<br>PLAINTIFF, | *<br>*  2006 MAY 10  P 3: 29<br>* |
| VS     Docket # # 32CV223 (CFD) | *<br>* |
| The state of Connecticut and its Commission on Human Rights and Opportunities,<br>*<br>DEFENDANTS | *<br>*<br>*<br>*<br>* May 9, 2006 |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR RECONSIDERATION

Comes now, the Plaintiff, and moves the court to deny Defendants' Motion for Reconsideration for the following three reasons. First, it is not premised on any new evidence or compelling equitable justification for granting it. Second, the reason put forth by defendants for granting the Motion is based on a false premise. Third, it is based on an erroneous assertion of the facts pertinent to their Motion for Partial Summary Judgment. The facts and rationale supporting each of these contentions are hereinafter set forth.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this court enter its order denying defendants' Motion for Reconsideration.

Respectfully Submitted

Jewel E. Brown,
By: _____
   Jewel E. Brown, Pro-se
   21 BREWSTER
   SOUTH WINDSOR, CT. 06074
   PHONE (860) 644-5379
   FAX (860)-644-6551
   E-MAIL: employmentpa@aol.com

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he has caused a copy of the foregoing pleading to be served upon Defendants' Attorneys this 10th day of May, 2006 by depositing a copy of the same in U. S. mail, postage prepaid, and addressed to Defendants' Attorneys' address shown of record in this matter.

Respectfully submitted,

By: *[signature]*
Jewel E. Brown, Pro se