Civil (April 12, 2004)

HONORABLE **Dooney**
DEPUTY CLERK **DCW**    RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours ___ minutes

DATE **Apr. 4, 2008**    START TIME **11:00**    END TIME **11:25**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Jewel Brown**    CIVIL NO. **02cv223(CFD)**    **Brown - Prose**
                                                 Plaintiffs Counsel

vs.    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
       **Jordano**
**State of CT**    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☒ Miscellaneous Hearing    **Re: Status Conference**

**MOTION DOCUMENT NO.**

[blank motion form]

Hearing continued until _____ at _____