UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV223(CFD) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, COMMISSION ON | : | |
| HUMAN RIGHTS AND OPPORTUNITIES, | : | |
| NICHOLAS CIOFFI, Chairperson; RICHARD | : | |
| ROBINSON, Commissioner and Chairperson; | : | |
| CYNTHIA WATTS ELDER, Executive Director; | : | |
| and LEANNE APPLETON, Business Manager | : | |
|    Defendants. | : | April 7, 2008 |

**DEFENDANTS' MOTIONS TO SUBSTITUTE PARTIES FOR INJUNCTIVE RELIEF AND TO AMEND THE SCHEDULING ORDER**

COME NOW the defendants and, pursuant to the Court's order of April 4, 2008 following a status conference between the parties, move to substitute certain parties and to modify the scheduling order as follows:

1. Andrew Norton, in his official capacity as chairperson of the Connecticut Commission on Human Rights and Opportunities, will be substituted for defendants Nicholas Cioffi, Richard Robinson, Cynthia Watts Elder, Vivien Blackford and LeAnn Appleton in their official capacities.

2. Robert Genuario, in his official capacity as Secretary of the Office of Policy and Management, will be substituted for defendant Marc Ryan.

3. Brenda Sisco, in her official capacity as the Commissioner of the Department of Administrative Services, will be substituted for defendant Barbara Waters.

4. Defendants will address the issue of injunctive relief in their summary judgment motion.

5. During the status conference between the parties and the Honorable Judge Christopher F. Droney on April 4, 2008, the parties agreed to comply with the following deadlines:

- Plaintiff will file an Amended Complaint stating the specific allegations against the three remaining individual defendants – Cynthia Watts Elder, Vivian Blackford and LeAnn Appleton – by **April 18, 2008;**

- The defendants will file their answer to the amended complaint filed by the plaintiff as the result of the status conference by **April 28, 2008;**

- The parties have until **June 18, 2008** to complete all discovery, including any depositions.

- The defendants' summary judgment motion will be filed no later than 45 days after the discovery deadline, up to and including **August 4, 2008**[1].

WHEREFORE, the defendant move the court to enter an order consistent with this motion.

                              DEFENDANTS,

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

By: _____
     Joseph A. Jordano
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT 06141-1020
     Tel: (860) 808-5340
     Fax: (860) 808-5383
     E-mail address:
     Joseph.Jordano@po.state.ct.us

---

[1] The 45th day is a Saturday, August 2, 2008; therefore the summary judgment deadline has been adjusted to and including August 4, 2008.

Federal Bar # ct21487

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of April, 2008 a copy of the aforementioned Defendants' Motion to Substitute Parties and to Amend the Scheduling Order was sent by First Class United States mail, postage prepaid to:

    Jewel E. Brown, pro se
    21 Brewster Road
    South Windsor, CT  06074

                                                                    Joseph A. Jordano
                                                                    Assistant Attorney General