UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV223(CFD) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VIVIEN BLACKFORD, COMMISSIONER, | : | |
| COMMISSION ON HUMAN RIGHTS AND | : | |
| OPPORTUNITIES, CYNTHIA WATTS ELDER, | : | |
| Executive Director, CHRO; LEANNE | : | |
| APPLETON, BUSINESS MANAGER, CHRO; | : | |
| ANDREW NORTON, in his official capacity as | : | |
| chairperson of the CHRO; ROBERT GENUARIO, | : | |
| in his official capacity as secretary of the Office | : | |
| of Policy and Management; and BRENDA | : | |
| SISCO, in her official capacity as Commissioner | : | |
| of the Department of Administrative Services | : | |
|    Defendants. | : | April 23, 2008 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO AMENDED COMPLAINT**

COMES NOW the defendants, and pursuant to Local Rule 7 and Fed R. Civ P 6 request an extension of time of two weeks, to and including May 12, 2008, in which to file their answer to the plaintiff's Third Substituted Complaint, as Amended, dated April 18, 2008. In support of their motion, the defendants, through counsel, represent as follows:

     1.     The plaintiff, following a status conference between the parties on April 4, 2008, was ordered to file an amended complaint no later than April 18, 2008. The defendants' answer is currently due on April 28, 2008.

     2.     Plaintiff's Third Amended Substitute Complaint was not received by defendants' counsel until April 22, 2008.

1

3.  The undersigned respectfully requests additional time in which to file the defendants' answer and affirmative defenses inasmuch as he is currently scheduled to begin a two-week federal jury trial on Monday, April 28, 2008 before Judge Alvin W. Thompson in the matter of Smith v. Department of Correction.

4.  Based upon the voluminous submission from the plaintiff, which does not conform with the Court's order to simply the pleadings in order for the defendants to properly respond, the current deadline is unattainable. The undersigned respectfully represents that his current time and attention is in preparation of the trial. The undersigned represents to the Court that he does not have the time necessary to properly address the Third Substituted Complaint, As Amended, filed by the plaintiff.

5.  The undersigned respectfully requests the indulgence of the Court.

6.  Pursuant to Local Rule 7(b), the undersigned attempted to contact the pro se plaintiff by e-mail but has not received a response as of this filing. The undersigned represents that the pro se plaintiff has not objected to prior motions for extension of time and, himself, is currently working on a response in the companion matter of Brown v. CCSU, 3:02CV1516(CFD).

7.  The plaintiff will not be prejudiced by the delay.

8.  This is the defendants' first request for an extension of time regarding the filing of an answer and affirmative defenses to the plaintiff's Third Substituted Complaint dated April 18, 2008.

WHEREFORE, the defendants respectfully request an extension of time of two weeks to and including May 12, 2008 in which to file their answer and affirmative defenses.

> DEFENDANTS
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> By: _____
> Joseph A. Jordano
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT  06141-0120
> Tel: (860) 808-5340
> Fax.: (860) 808-5383
> Federal Bar No. ct21487
> Email:  Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

The undersigned hereby certifies that on this 23rd day of April, 2008 the foregoing Motion for Extension of Time, was sent by First Class United States mail, postage prepaid, to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

> _____
> Joseph A. Jordano
> Assistant Attorney General

3