UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | |
| Plaintiff, | : | Civil Action No. 3:02 CV 223 (CFD) |
| | : | |
| v. | : | |
| | : | |
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, et al. | : | |
| Defendants. | : | |

## ORDER TO CLARIFY REMAINING DEFENDANTS

The defendants remaining in this case are as follows: (1) In their individual capacities only, Cynthia Watts Elder, Vivien Blackford, and LeAnn Appleton; and (2) in their official capacities only, Andrew Norton, Robert Genuario, and Brenda Sisco.

The Court orders the Clerk to correct the docket to reflect the remaining defendants.

SO ORDERED this   23rd   day of April 2008, at Hartford, Connecticut.

    /s/Christopher F. Droney
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**