UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,  :  Plaintiff, : : | CASE NO. 3:02CV223(CFD) |
| v. : : | |
| VIVIEN BLACKFORD, COMMISSIONER, : COMMISSION ON HUMAN RIGHTS AND : OPPORTUNITIES, CYNTHIA WATTS ELDER, : Executive Director, CHRO; LEANNE : APPLETON, BUSINESS MANAGER, CHRO; : ANDREW NORTON, in his official capacity as : chairperson of the CHRO; ROBERT GENUARIO, : in his official capacity as secretary of the Office : of Policy and Management; and BRENDA : SISCO, in her official capacity as Commissioner : of the Department of Administrative Services : Defendants. : | April 28, 2008 |

### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT DATED APRIL 18, 2008

COME NOW the defendants and respond to the plaintiff's Amended Complaint dated April 18, 2008 as follows:

SECTION I – JURISDICTION

No response is necessary inasmuch as it is legal conclusion.

SECTION II – PARTIES

1.   The defendants can neither admit nor deny paragraph 1 of Section II and therefore leaves the plaintiff to his proof.

2.   The defendants can neither admit nor deny paragraph 2 of Section II and therefore leaves the plaintiff to his proof.

    3.    The defendants can neither admit nor deny paragraph 3 of Section II and therefore leaves the plaintiff to his proof.

    4.    The defendants can neither admit nor deny paragraph 4 of Section II and therefore leaves the plaintiff to his proof.

    5.    Paragraph 5 is denied

    6.    Paragraph 6 is denied

    7.    Paragraph 7 is denied

HISTORICAL BACKGROUND

    1.    The defendants can neither admit nor deny paragraph 1 of the Historical Background Section and therefore leaves the plaintiff to his proof.

    2.    Paragraph 2 is denied

    3.    The defendants can neither admit nor deny paragraph 3 of the Historical Background Section and therefore leaves the plaintiff to his proof.

    4.    Paragraph 4 is denied.

    5.    The defendants can neither admit nor deny paragraph 5 of the Historical Background Section and therefore leaves the plaintiff to his proof.

    6.    Paragraph 6 is denied

    7.    Paragraph 7 is denied

    8.    Paragraph 8 is denied

    9.    Paragraph 9 is denied

    10.    Paragraph 10 is denied

    11.    Paragraph 11 is denied

    12.    Paragraph 12 is denied

13. Paragraph 13 is denied

14. Paragraph 14 is denied

15. The defendants can neither admit nor deny paragraph 15 of the Historical Background Section and therefore leaves the plaintiff to his proof.

16. Paragraph 16 is denied

17. Paragraph 17 is denied.

18. The defendants can neither admit nor deny paragraph 18 of the Historical Background Section and therefore leaves the plaintiff to his proof.

19. Paragraph 19 is denied

20. The defendants can neither admit nor deny paragraph 20 of the Historical Background Section and therefore leaves the plaintiff to his proof.

21. The defendants can neither admit nor deny paragraph 21 of the Historical Background Section and therefore leaves the plaintiff to his proof.

22. Paragraph 22 is denied.

23. The defendants can neither admit nor deny paragraph 23 of the Historical Background Section and therefore leaves the plaintiff to his proof.

24. Paragraph 24 is denied

25. Paragraph 25 is denied.

26. Paragraph 26 is denied.

COUNT I – REJECTION OF PLAINTIFF'S EXECUTIVE DIRECTOR APPLICATION

1. The defendants can neither admit nor deny paragraph 1 of Count 1 and therefore leaves the plaintiff to his proof.

2. The defendants can neither admit nor deny paragraph 2 of Count 1 and therefore leaves the plaintiff to his proof.

3. paragraph 3 is denied

4. Paragraph 4 is denied

5. Paragraph 5 is denied

6. Paragraph 6 is denied

7. Paragraph 7 is denied

8. Paragraph 8 is denied

9. Paragraph 9 is denied

10. Paragraph 10 is denied

11. Paragraph 11 is denied

12. Paragraph 12 is denied

13. Paragraph 13 is denied

14. Paragraph 14 is denied

15. Paragraph 15 is denied

16. Paragraph 16 is denied

17. Paragraph 17 is denied

18. The defendants can neither admit nor deny paragraph 18 of Count 1 and therefore leaves the plaintiff to his proof.

19. The defendants can neither admit nor deny paragraph 19 of Count 1 and therefore leaves the plaintiff to his proof.

20. The defendants can neither admit nor deny paragraph 20 of Count 1 and therefore leaves the plaintiff to his proof.

21. The defendants can neither admit nor deny paragraph 21 of Count 1 and therefore leaves the plaintiff to his proof.

22. Paragraph 22 is denied

23. Paragraph 23 is denied

24. Paragraph 24 is denied

25. The defendants can neither admit nor deny paragraph 25 of Count 1 and therefore leaves the plaintiff to his proof.

26. Paragraph 26 is denied

27. Paragraph 27 is denied

28. Paragraph 28 is denied

29. Paragraph 29 is denied

30. Paragraph 30 is denied

31. Paragraph 31 is denied

32 Paragraph 32 is denied

COUNT II – RETALIATORY REMOVAL OF PLAINTIFF FROM DEPUTY

1. Defendants hereby incorporate their answers to the allegations in the previous count.

2. Paragraph 2 is denied

3. Paragraph 3 is denied

4. Paragraph 4 is denied

5. Paragraph 5 is denied

6. Paragraph 6 is denied

COUNT III – DENIAL OF RIGHT TO COMPETE FOR VACANT DIRECTOR OF FIELD OPERATIONS POSITION

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count III.

2. Paragraph 2 is denied

3. Paragraph 3 is denied

4. Paragraph 4 is denied

5. Paragraph 5 is denied

6. Paragraph 6 is denied

7. Paragraph 7 is denied

COUNT IV – WRONGFULLY TERMINATION (SIC)

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count IV.

2. Paragraph 2 is denied

3. Paragraph 3 is denied

4. Paragraph 4 is denied

5. Paragraph 5 is denied

6. Paragraph 6 is denied

7. Paragraph 7 is denied

8. Paragraph 8 is denied

9. Paragraph 9 is denied

10. Paragraph 10 is denied

11. Paragraph 11 is denied.

12. The defendants cannot admit or deny paragraph 12 of Count IV and therefore leave the plaintiff to his proof.

13. Paragraph 13 is denied.

COUNT V – DEFAMATION

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count V.

2. Paragraph 2 is denied

3. The defendants cannot admit or deny paragraph 3 of Count V and leaves the plaintiff to his proof.

4. The defendants cannot admit or deny paragraph 4 of Count V and leaves the plaintiff to his proof.

5. Paragraph 5 is denied

6. Paragraph 6 is denied

7. Paragraph 7 is denied

8. Paragraph 8 is denied

9. Paragraph 9 is denied

10. Paragraph 10 is denied

11. Paragraph 11 is denied

12. Paragraph 12 is denied

13. Paragraph 13 is denied

14. Paragraph 14 is denied

15. Paragraph 15 is denied

16. Paragraph 16 is denied

17. Paragraph 17 is denied

18. Paragraph 18 is denied

19. Paragraph 19 is denied

20. Paragraph 20 is denied

21. Paragraph 21 is denied

22. Paragraph 22 is denied

23. Paragraph 23 is denied

24. Paragraph 24 is denied

25. Paragraph 25 is denied

26. Paragraph 26 is denied


COUNTS VI AND VII – DISCRIMINATORY REMOVAL FROM ACTIVING EXECUTIVE DIRECTOR'S POSITION AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count VI and VII.

2. Paragraph 2 is denied

3. Paragraph 3 is denied

4. Paragraph 4 is denied

5. Paragraph 5 is denied

6. Paragraph 6 is denied

7. Paragraph 7 is denied

8. Paragraph 8 is denied

9. Paragraph 9 is denied

10. Paragraph 10 is denied

11. Paragraph 11 is denied.

12. Paragraph 12 is denied

13. Paragraph 13 is denied

14. Paragraph 14 is denied

15. Paragraph 15 is denied

16. Paragraph 16 is denied

COUNT VIII, DISCRIMINATION WITHIN THE TERMS AND CONDITIONS OF COMPENSATION

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count VIII.

2. Paragraph 2 is denied

3. Paragraph 3 is denied

4. Paragraph 4 is denied

5. Paragraph 5 is denied

6. Paragraph 6 is denied

7. Paragraph 7 is denied

8. Paragraph 8 is denied

9. Paragraph 9 is denied

10. Paragraph 10 is denied

COUNT IX – DISPARATE TREATMENT CHRO'S REGIONAL MANAGER POSITION

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count IX.

2. Paragraph 2 is denied

3. The defendants cannot admit or deny paragraph 3 of Count IX and therefore leaves the plaintiff to his proof.

4. The defendants cannot admit or deny paragraph 4 of Count IX and therefore leaves the plaintiff to his proof.

5. The defendants cannot admit or deny paragraph 5 of Count IX and therefore leaves the plaintiff to his proof.

6. The defendants cannot admit or deny paragraph 6 of Count IX and therefore leaves the plaintiff to his proof.

7. The defendants cannot admit or deny paragraph 7 of Count IX and therefore leaves the plaintiff to his proof.

8. Paragraph 8 is denied

9. Paragraph 9 is denied

10. Paragraph 10 is denied

11. Paragraph 11 is denied.

12. Paragraph 12 is denied

COUNT X – DEPRIVATION OF CONSTITUIONAL PROTECTED LIBERTY

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count X.

2. Paragraph 2 is denied

3. Paragraph 3 is denied

4. Paragraph 4 is denied

5. Paragraph 5 is denied

6. Paragraph 6 is denied

7. Paragraph 7 is denied

8. Paragraph 8 is denied

9. Paragraph 9 is denied

10. Paragraph 10 is denied

11. Paragraph 11 is denied

12. Paragraph 12 is denied

COUNT XI – DEPRIVATION OF PLAINTIFF'S RIGHT TO ASSOCIATION

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count XI.

2. Paragraph 2 is denied

3. The defendants cannot admit or deny paragraph 3 of Count XI and therefore leaves the plaintiff to his proof.

4. The defendants cannot admit or deny paragraph 4 of Count XI and therefore leaves the plaintiff to his proof.

5. The defendants cannot admit or deny paragraph 5 of Count XI and therefore leaves the plaintiff to his proof.

6. The defendants cannot admit or deny paragraph 6 of Count XI and therefore leaves the plaintiff to his proof.

7. The defendants cannot admit or deny paragraph 7 of Count XI and therefore leaves the plaintiff to his proof.

8. Paragraph 8 is denied

9. Paragraph 9 is denied

10. Paragraph 10 is denied

11. Paragraph 11 is denied

12. Paragraph 12 is denied

13. Paragraph 13 is denied

14. Paragraph 14 is denied

15. Paragraph 15 is denied

16. Paragraph 16 is denied

COUNT XII – DEPRIVATION OF RIGHT OF FREE SPEECH ARISING OUT OF PLAINTIFF'S WHISTLE BLOWER COMPLAINT

1. Defendants hereby incorporate their answers to the allegations in the previous counts to Count XII.

2. Paragraph 2 is denied

3. Paragraph 3 is denied

4. Paragraph 4 is denied

5. Paragraph 5 is denied

6. Paragraph 6 is denied

    7.    Paragraph 7 is denied

COUNT XIII – DEPRIVATION OF PLAINTIFF'S RIGHT TO EQUAL PROTECTION OF THE LAW AND PATTERN AND PRACTICE DISCRIMINATION

    1.    Defendants hereby incorporate their answers to the allegations in the previous counts to Count XIII.

    2.    Paragraph 2 is denied

    3.    Paragraph 3 is denied

    4.    Paragraph 4 is denied

## **AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff failed to adhere to the Court's Order of simplifying the pleadings in the instant matter and has added new causes of action without requesting leave of the Court or the Court's permission.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a cause of action upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff's claims may be barred by the applicable statute of limitations.

**FOURH AFFIRMATIVE DEFENSE**

The individual defendants are entitled to qualified immunity because at all times they acted in good faith.

**FIFTH AFFIRMATIVE DEFENSE**

The plaintiff's claims against defendants Andrew Norton, Robert Genuario and Brenda Sisco are barred by sovereign immunity and the Eleventh Amendment.

**SIXTH AFFIRMATIVE DEFENSE**

The individual defendants are entitled to statutory immunity under C.G.S. § 4-165.

WHEREFORE, the defendants pray that the plaintiff's Third Amended Complaint dated April 18, 2008 be dismissed.

                            DEFENDANTS,

                            RICHARD BLUMENTHAL
                            ATTORNEY GENERAL

By: _____
       Joseph A. Jordano
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-1020
       Tel: (860) 808-5340
       Fax: (860) 808-5383
       E-mail address:
       Joseph.Jordano@po.state.ct.us
       Federal Bar # ct21487

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of April, 2008 a copy of the aforementioned Defendants' Answer and Affirmative Defenses to Plaintiff's Amended Complaint dated April 18, 2008 was sent by First Class United States mail, postage prepaid to:

 Jewel E. Brown, pro se
 21 Brewster Road
 South Windsor, CT  06074

                  _____
                  Joseph A. Jordano
                  Assistant Attorney General