UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN, : | CASE NO. 3:02CV223(CFD) |
|    Plaintiff, : | |
| : | |
| v. : | |
| : | |
| VIVIEN BLACKFORD, COMMISSIONER, : | |
| COMMISSION ON HUMAN RIGHTS AND : | |
| OPPORTUNITIES, CYNTHIA WATTS ELDER, : | |
| Executive Director, CHRO; LEANNE : | |
| APPLETON, BUSINESS MANAGER, CHRO; : | |
| ANDREW NORTON, in his official capacity as : | |
| chairperson of the CHRO; ROBERT GENUARIO, : | |
| in his official capacity as secretary of the Office : | |
| of Policy and Management; and BRENDA : | |
| SISCO, in her official capacity as Commissioner : | |
| of the Department of Administrative Services : | |
|    Defendants. : | June 4, 2008 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
FOR LIMITED PURPOSE OF TAKING DEPOSITION OF THE PLAINTIFF
AND TO EXTEND THE DISPOSITIVE MOTION DEADLINE**

COMES NOW the defendants, and pursuant to Local Rule 7 and Fed R. Civ P 6 request an extension of time of two weeks, extending the discovery deadline to July 2, 2008 for the limited purpose of taking the deposition of the plaintiff, and extending the dispositive motion deadline to August 18, 2008. In support of their motion, the defendants, through counsel, represent as follows:

1. The Court, following a status conference, ordered the plaintiff to file an amended complaint by April 18, 2008. Plaintiff's Third Amended Substitute Complaint was not received by defendants' counsel until April 22, 2008.

2. The Court also set a discovery deadline of June 18, 2008 and a dispositive motion deadline of August 4, 2008 in the instant matter.

1

3.     The undersigned noticed the deposition of the plaintiff, Jewel Brown, for June 4, 2008.  The pro se plaintiff on June 2, 2008 communicated that he wished to continue the deposition.  The undersigned responded to the pro se plaintiff's e-mail later on June 2, 2008 reminding the pro se plaintiff of the discovery deadline and requesting if the plaintiff had any objection to an extension.  (See attached E-mails).  No objection has been received.

4.     The plaintiff will not be prejudiced by the delay.

5.     Pursuant to Local Rule 7(b) the undersigned requested the position of the pro se plaintiff to any extension request.  The pro se plaintiff has not indicated that he has any objection.

WHEREFORE, the defendants through counsel respectfully request a two-week extension of time, extending the discovery deadline to July 2, 2008 for the limited purpose of taking the deposition of the plaintiff and extending the dispositive motion deadline to August 18, 2008.

          DEFENDANTS

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


    By: _____
       Joseph A. Jordano
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax.: (860) 808-5383
       Federal Bar No. ct21487
       Email:  Joseph.Jordano@po.state.ct.us


**<u>CERTIFICATION</u>**

The undersigned hereby certifies that on this 4th day of June, 2008 the foregoing Motion for Extension of Time, was sent by First Class United States mail, postage prepaid, to:

 Jewel E. Brown, Pro Se
 21 Brewster Road
 South Windsor, CT  06074


          _____
          Joseph A. Jordano
          Assistant Attorney General