UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV223(CFD) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VIVIEN BLACKFORD, COMMISSIONER, | : | |
| COMMISSION ON HUMAN RIGHTS AND | : | |
| OPPORTUNITIES, CYNTHIA WATTS ELDER, | : | |
| Executive Director, CHRO; LEANNE | : | |
| APPLETON, BUSINESS MANAGER, CHRO; | : | |
| ANDREW NORTON, in his official capacity as | : | |
| chairperson of the CHRO; ROBERT GENUARIO, | : | |
| in his official capacity as secretary of the Office | : | |
| of Policy and Management; and BRENDA | : | |
| SISCO, in her official capacity as Commissioner | : | |
| of the Department of Administrative Services | : | |
|    Defendants. | : | June 30, 2008 |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME**

     COMES NOW the defendants, and object to the plaintiff motion for additional time because the plaintiff's motion misrepresents critical facts and creates a false impression that a settlement is imminent. There is NO SETTLEMENT in the above case, of any other case involving Jewel Brown. Plaintiff has spoken to counsel and exchanged emails about perhaps resolving the case as part of a global settlement of all his pending litigation, but nothing definitive has been agreed to as of this date. Therefore, the suggestion that a settlement is likely, or imminent, is incorrect.

     Second, defense counsel did not consent to an extension of time for discovery. To the contrary, defense counsel pointed out to Mr. Brown that the case has been pending for

years during which time he had not deposed one witness. (See Exhibit A).  So plaintiff's representation that he is unaware of any objection is a misstatement.

The court set July 2, 2008 as the deadline for completing discovery. The sole purpose of the July 2, 2008 deadline is for the taking of the plaintiff's deposition. Plaintiff conducted NO DISCOVERY since the status conference on April 4, 2008 (Docket #127), despite his representation to the court during that on the record conference.  Plaintiff is scheduled to be deposed on July 1, 2008.

Therefore, the defendant objects of any request to prolong this case further. The defendant is ready to proceed forward with summary judgment according to the court ordered schedule.  During the five plus years this case has been pending the plaintiff has had ample time to depose witnesses and conduct discovery.

WHEREFORE the defendants' object to the plaintiff motion for more time, Docket # 137.

    DEFENDANTS,

    RICHARD BLUMENTHAL
    ATTORNEY GENERAL


BY:    _____
    Joseph A. Jordano
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120
    Tel: 860-808-5340
    Fax: 860-808-5383
    email: Joseph.Jordano@po.state.ct.us
    Federal Bar # ct21487

**CERTIFICATION**

The undersigned hereby certifies that on this 30TH day of June, 2008 the foregoing was sent by First Class United States mail, postage prepaid, to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

                                                                                                                            _____
                                                                              Joseph A. Jordano
                                                                              Assistant Attorney General