UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV0223(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| VIVIEN BLACKFORD, COMMISSIONER, | : | |
| COMMISSION ON HUMAN RIGHTS AND | : | |
| OPPORTUNITIES, CYNTHIA WATTS ELDER, | : | |
| Executive Director, CHRO; LEANNE | : | |
| APPLETON, BUSINESS MANAGER, CHRO; | : | |
| ANDREW NORTON, in his official capacity as | : | |
| chairperson of the CHRO; ROBERT GENUARIO, | : | |
| in his official capacity as secretary of the Office | : | |
| of Policy and Management; and BRENDA | : | |
| SISCO, in her official capacity as Commissioner | : | |
| of the Department of Administrative Services | : | |
| *Defendants*. | : | July 11, 2008 |

## **DEFENDANTS' MOTION TO QUASH NOTICE OF DEPOSITIONS**

The defendants move for a protective order from the Court, quashing the Notice of Depositions directed to defendants Leanne Appleton, Cynthia Watts Elder and Viven Blackford, dated July 9, 2008 and setting the date for depositions on July 14, 2008.

A memorandum of law more fully explaining the reasons accompanies this motion to quash.

                    DEFENDANTS,

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

By:   /s/_____
      Joseph A. Jordano
      Assistant Attorney General
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-0120
      Tel: (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Joseph.Jordano@po.state.ct.us
      Federal Bar # ct21487

## **CERTIFICATION**

The undersigned hereby certifies that on this 11th day of July 2008, a copy of the foregoing Motion to Quash, was mailed, United States Mail first class mail, postage prepaid to:

Jewel Brown, pro se
21 Brewster Road
South Windsor, CT 06074

                                    /s/_____
                                    Joseph A. Jordano
                                    Assistant Attorney General