**From:** [Employmentpa@aol.com]
**Sent:** Tuesday, July 08, 2008 2:39 AM
**To:** joesphjordano@po.state.ct.us; Teed, David M.
**Cc:** Employmentpa@aol.com
**Subject:** Re:Brown v. CHRO and DPW, et., al.,

I have given the settlement offer that Joe presented me a great deal of consideration. However, as of today I am not in a position to either accept it or reject. Prior to doing either, I would like to take a page out of your play book, that is, I would like to take the approach that you guys took toward my earlier offer. In this respect, you responding to it by opting to make sure you knew what evidence I had in my possession to support my claim. Hence, I would like to do the same here.

As such, let me propose that we mutually agree to a settlement schedule that would allow me to take the depositions of the named defendants plus two to four other persons. In exchange for this agreement, I would be willing to consent to dismissing the case against DPW et al subject to my receiving my security bond. Again, as I told you, my sincere desire is to bring this litigation to an expedited end. If we can reach this agreement, all that would be pending is the single claim in the CHRO complaint.

If we can not reach an agreement with respect to my extended discovery needs, I would like to schedule my taking the depositions of the named defendants this Monday, July 14 between the hours of 12:00 noon and 5:00 pm. If this is necessary, please notify me via my cell phone (or email) tomorrow (7-8-08) as to whether or not you would consent to making these individuals available without my having to formally notice them and whether we can take the depositions in your office. I have not contacted a court reporter yet and would need to so do, if this becomes necessary.

Respecting the extended discovery period, it should be limited to the time period absolutely necessary to schedule and take the mentioned depositions.

Again, thanks for your cooperation in these matters.

7/11/2008

Exhibit A

Jordano, Joseph A.
_____

**From:** Jordano, Joseph A.
**Sent:** Wednesday, July 09, 2008 10:40 AM
**To:** 'Jewel Brown'
**Cc:** Teed, David M.
**Subject:** Brown v. CHRO


I did not receive the 7/8/08 email you sent to David Teed despite it being addressed to me. However, AAG Teed did forward it to me.

Although I do not believe that Judge Droney will be sympathetic to your request to depose the defendants at the last minute given the "six years" this case has been pending, I will agree to produce the defendants to be deposed **on June 23, 2008**, which is the first date I have free that at least two defendants (perhaps all three) are available. I will rely on your representation in the email that all three defendants can be done on the same day. We can do the depositions at my office.

I will not consent to formally extend the discovery deadline in this case. Judge Droney has stated that no further extensions will be granted.

See you on the 16th for your continued deposition and please remember to bring my portable dollie that I loaned to you.

Thank you.


*Joseph A. Jordano*
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone:  (860) 808-5340
Fax:    (860) 808-5383
URL:    http://www.cslib.org/attygenl

**CONFIDENTIALITY NOTICE:**
This communication is for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Exhibit B

1