UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEWEL E. BROWN, | : | CASE NO. 3:02CV0223(CFD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| VIVIEN BLACKFORD, COMMISSIONER, | : | |
| COMMISSION ON HUMAN RIGHTS AND | : | |
| OPPORTUNITIES, CYNTHIA WATTS ELDER, | : | |
| Executive Director, CHRO; LEANNE | : | |
| APPLETON, BUSINESS MANAGER, CHRO; | : | |
| ANDREW NORTON, in his official capacity as | : | |
| chairperson of the CHRO; ROBERT GENUARIO, | : | |
| in his official capacity as secretary of the Office | : | |
| of Policy and Management; and BRENDA | : | |
| SISCO, in her official capacity as Commissioner | : | |
| of the Department of Administrative Services | : | |
| *Defendants*. | : | July 10, 2008 |

**STIPULATED MOTION TO DISMISS CERTAIN COUNTS OF PLAINTIFF'S THIRD SUBSTITUTED COMPLAINT, AS AMENDED**

COMES NOW the defendants, and pursuant to Stipulations on the record made by the pro se plaintiff Jewel Brown at a deposition held July 1, 2008 hereby move to dismiss the following Counts of the Third Substituted Complaint, As Amended, dated April 18, 2008.

The defendants, as Stipulated on the record by the plaintiff (See Attached Exhibit A, Excerpt from Deposition of Jewel Brown, dated July 1, 2008) move to dismiss Counts One, Two, Four, Five, Six, Seven, Nine, Ten, Eleven, Twelve, and Thirteen.

At the deposition, defense counsel went through each count of the Complaint and asked Mr. Brown if he intended to pursue that count. For the above-mentioned counts,

Mr. Brown indicated he was not going to pursue them and stipulated that they be dismissed. Mr. Brown concurred that defendants' counsel could represent that the following counts be dismissed:

    Count One (Deposition Pages 7 and 8)

    Count Two (Deposition Page 8)

    Count Four (Deposition Page 9)

    Count Five (Deposition Page 9 and 10)

    Count Six (Deposition Page 10)

    Count Seven (Deposition Page 10)

    Count Nine (Deposition Page 11)

    Count Ten (Deposition Pages 11 and 12)

    Count Eleven (Deposition Page 12)

    Count Twelve (Deposition Pages 12 and 13)

    Count Thirteen (Deposition Page 13)

The defendants' counsel represents that Local Rule 7(b) is not applicable in this situation – regarding the need to contact plaintiff/pro se on his position to the motion – inasmuch as the pro see plaintiff made the Stipulations regarding dismissal of these eleven (11) counts on the record of a deposition held July 1, 2008.

    WHEREFORE, the defendants through counsel move that Counts One, Two, Four, Five, Six, Seven, Nine, Ten, Eleven, Twelve and Thirteen be dismissed.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: /s/_____
  Joseph A. Jordano
  Assistant Attorney General
  55 Elm Street, P.O. Box 120
  Hartford, CT 06141-0120
  Tel: 860-808-5340
  Fax: 860-808-5383
  email: Joseph.Jordano@po.state.ct.us
  Federal Bar # ct21487


## **CERTIFICATION**

The undersigned hereby certifies that on this 10th day of July, 2008 the foregoing Stipulated Motion to Dismiss was sent by First Class United States mail, postage prepaid, to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074


/s/_____
Joseph A. Jordano
Assistant Attorney General