UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN, : | CASE NO. 3:02CV223(CFD) |
|    Plaintiff, : | |
| : | |
| v. : | |
| : | |
| VIVIEN BLACKFORD, COMMISSIONER, : | |
| COMMISSION ON HUMAN RIGHTS AND : | |
| OPPORTUNITIES, CYNTHIA WATTS ELDER, : | |
| Executive Director, CHRO; LEANNE : | |
| APPLETON, BUSINESS MANAGER, CHRO; : | |
| ANDREW NORTON, in his official capacity as : | |
| chairperson of the CHRO; ROBERT GENUARIO, : | |
| in his official capacity as secretary of the Office : | |
| of Policy and Management; and BRENDA : | |
| SISCO, in her official capacity as Commissioner : | |
| of the Department of Administrative Services : | |
|    Defendants. : | July 17, 2008 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

COMES NOW the defendants, and object to the plaintiff motion for extension of time to July 31, 2008 (Doc. # 143) for additional time to depose additional individuals and for paper discovery. In support of their objection, the defendants through counsel represent as follows:

1. The discovery deadline in the instant matter expired on July 16, 2008.

2. Defendants' counsel, had already agreed to schedule the deposition of Vivien Blackford for July 22, 2008 and depositions of Leanne Appleton and Cynthia Watts Elder for July 23, 2008. There was no discussion about any other discovery, especially additional depositions, in this matter.

3. This matter has been ongoing for six (6) years in which the pro se plaintiff, who is an attorney, had plenty of time to depose people previously.

4. The pro se plaintiff did not even attempt to ascertain the defendants' position on this motion. The plaintiff has continually failed pursuant to Local Rule 7(b) to ascertain our position regarding his motion for extension of time. Mr. Brown recently filed a motion for extension of time, which was granted in part until July 16, 2008, and has most notably DID NOT contact defendants' counsel about this motion. Further, the defendants' took the continuation of the pro se plaintiff's deposition on July 16, 2008 and he made NO MENTION of any motion for extension of time that he was going to be filing.

5. The Court said that no further discovery would be granted except for extraordinary circumstances. No such circumstances have been demonstrated by the plaintiff.

Therefore, the defendants through counsel strenuously object to any request to prolong this case further. The defendants are ready to proceed forward with summary judgment according to the court ordered schedule. During the six plus years this case has been pending the plaintiff has had ample time to depose witnesses and conduct discovery.

WHEREFORE the defendants' object to the plaintiff motion for more time, Docket # 143.

                                DEFENDANTS,

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL

BY:    _____
            David M. Teed
            Assistant Attorney General
            Federal Bar # ct09102
            Tel: (860) 808-5210
            Fax: (860) 808-5385
            E-mail: David.Teed@po.state.ct.us

            Joseph A. Jordano
            Assistant Attorney General
            55 Elm Street, P.O. Box 120
            Hartford, CT 06141-0120
            Tel: 860-808-5340
            Fax: 860-808-5383
            email: Joseph.Jordano@po.state.ct.us
            Federal Bar # ct21487

## **CERTIFICATION**

The undersigned hereby certifies that on this 17th day of July, 2008 the foregoing was sent by First Class United States mail, postage prepaid, to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

            _____
            David M. Teed
            Assistant Attorney General