**From:** Jewel Brown [mailto:employmentpa@aol.com]
**Sent:** Saturday, July 19, 2008 4:43 PM
**To:** Micklus, Donna
**Cc:** employmentpa@aol.com
**Subject:** FOIA Request

To:     Ms. Donna Micklus
        Director of Communications DAS

From:   Jewel E. Brown

Date:   July 19, 2008

Pursuant to the Freedom of Information Act, I am requesting copies of the following:

Any and all documents and documentation, of all forms, format and medium, relating to the promotion and or reclassification of Donald Newton, an employee of the Commission on Human Rights and Opportunities for the period of June 30, 1998 through July 1, 2002. This includes, but is not limited to any personnel action forms, any PER 300 forms, any PLD-1 (application forms), Any PER 301 forms, and any requests and or approval forms submitted to the Office of Policy and Management, and any documents relating thereto and regarding said reclassification or promotion by reclassification; and any statements affirming that said Donald Newton, an employee of CHRO, had served at any level during the six months preceding any reclassification or promotion by reclassification; and any justification regarding said reclassification or

7/21/2008                                               Exhibit A

promotion by reclassification including any duties questionnaires and organizational charts; and any description of any proposed duties to be assigned; and any and all audits and related transactions performed by DAS.

Additionally please provide any and all correspondence to, from and between the Department of Administrative Services, its officers, agents and employees and the Commission on Human Rights and Opportunities its officers, employees and agents including but not limited to the former Executive Director, Cynthia Watts Elder, Donald Newton, Susie Carlson and LeAnn Appleton and any Commissioners relating to, in consideration of and or involving the promotion of Donald Newton to the position of Chief of Field Operations during 1999 or subsequent thereto. Also include any documentation of the employment history of Donald Newton and the history of the Chief of Field Operations job specification and all supporting documentation of the class code #4772.

Please advise when this information has been compiled and may be obtained.

Thank you.

Jewel Brown
Property & Development Manager
Phillips Metropolitan CME Church &
North Star Center for Human Development, Inc.
2500 Main Street, Hartford, CT 06120
860-246-3526 phone
860-548-0871 fax
EmploymentPA@aol.com

7/21/2008