UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEWEL E. BROWN,<br>    Plaintiff,<br><br>v.<br><br>VIVIEN BLACKFORD, COMMISSIONER,<br>COMMISSION ON HUMAN RIGHTS AND<br>OPPORTUNITIES, CYNTHIA WATTS ELDER,<br>Executive Director, CHRO; LEANNE<br>APPLETON, BUSINESS MANAGER, CHRO;<br>ANDREW NORTON, in his official capacity as<br>chairperson of the CHRO; ROBERT GENUARIO,<br>in his official capacity as secretary of the Office<br>of Policy and Management; and BRENDA<br>SISCO, in her official capacity as Commissioner<br>of the Department of Administrative Services<br>    Defendants. | CASE NO. 3:02CV223(CFD)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 12, 2008 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**EXTENDING THE DISPOSITIVE MOTION DEADLINE**

COMES NOW the defendants, and pursuant to Local Rule 7 and Fed R. Civ P 6 request that the deadline for the filing of a dispositive motion in the above-mentioned matter be stayed. The defendants, through counsel, further request that a new deadline be set for forty five (45) days from the effect of any Court ruling on the pending discovery motions by the plaintiff. In support of their motion, the defendants, through counsel, represent as follows:

1. The current dispositive motion deadline is August 18, 2008. (Doc. # 136, June 6, 2008).

2. On July 16, 2008, the plaintiff filed a motion for extension of time extending the discovery deadline to July 31, 2008. (Doc. # 143).

1

3. The defendants, through counsel, filed an objection on July 17, 2008 (Doc. # 144) and supplemental objection on July 22, 2008 (Doc. # 146).

4. The Court on July 18, 2008 (Doc. # 145) issued an order directing the plaintiff to submit documentation supporting his claim of medical reasons for an extension of time.

5. The plaintiff filed sealed documents with the Court on July 25, 2008 (Doc. # 148) and on July 29, 2008 (Doc. # 150).

6. The plaintiff also filed a Motion for a Status Conference on July 29, 2008 (Doc. # 149) which was granted by the Court on August 4, 2008 (Doc. # 151)

7. The parties, pursuant to Court order, conferred and have informed the Court of agreeable dates. The parties expect to meet with the Court on either September 18, 2008 or September 19, 2008.

8. Further, the defendants represent to the Court that the plaintiff still needs to complete three depositions he started of the defendants. The depositions are expected to be completed by mid September 2008.

9. The defendants respectfully represent to the Court that additional time will be required to acquire deposition transcripts prior to the preparation of any dispositive motion.

10. Once the Court rules on Mr. Brown's pending motions, additional time as noted in paragraph 9 above will be needed for the preparation of the dispositive motion.

11. The plaintiff will not be prejudiced by the delay.

12. Pursuant to Local Rule 7(b), the undersigned requested the position of the pro se plaintiff regarding this motion. As of this filing, the undersigned has not received a response and therefore could not ascertain the position o the pro se plaintiff.

WHEREFORE, the defendants through counsel respectfully request that the dispositive motion deadline in the instant matter be stayed and any new deadline be set for forty five (45) days after the effect of any Court ruling on the pending discovery motions by the plaintiff.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: /s/ _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax.: (860) 808-5383
Federal Bar No. ct21487
Email:  Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

The undersigned hereby certifies that on this 12th day of August, 2008 the foregoing Motion for Extension of Time, was sent by First Class United States mail, postage prepaid, to:

Jewel E. Brown, Pro Se
21 Brewster Road
South Windsor, CT  06074

/s/ _____
Joseph A. Jordano
Assistant Attorney General